1  Lauren G. Barnes (admitted *pro hac vice*)
   **HAGENS BERMAN SOBOL SHAPIRO LLP**
2  55 Cambridge Parkway, Suite 301
   Cambridge, MA 02142
3  Telephone: (617) 482-3700
   lauren@hbsslaw.com
4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11  FWK HOLDINGS, LLC,                          No. 3:19-cv-05426-WHA
                                    Plaintiff
12          v.

13  BAUSCH HEALTH COMPANIES INC.,           **DECLARATION OF LAUREN GUTH**
    SALIX PHARMACEUTICALS, LTD., SALIX      **BARNES IN SUPPORT OF MOTION TO**
14  PHARMACEUTICALS, INC., SANTARUS,        **APPOINT INTERIM CO-LEAD DIRECT**
    INC., ASSERTIO THERAPEUTICS, INC.,      **PURCHASER CLASS COUNSEL**
15  LUPIN PHARMACEUTICALS, INC., and
    LUPIN LTD.,
16

17                                 Defendants

18  ────────────────────────────────
    MEIJER, INC. and MEIJER DISTRIBUTION,      No. 3:19-cv-05822-WHA
19  INC.,
                                    Plaintiffs,
20          v.

21  BAUSCH HEALTH COMPANIES INC.,
    SALIX PHARMACEUTICALS, LTD., SALIX
22  PHARMACEUTICALS, INC., SANTARUS,
    INC., ASSERTIO THERAPEUTICS, INC.,
23  LUPIN PHARMACEUTICALS, INC., and
    LUPIN LTD.,
24

25                                 Defendants.

26  ────────────────────────────────
    BI-LO, LLC and WINN-DIXIE LOGISTICS,      No. 3:19-cv-06138-WHA
27  INC.,

28

Plaintiffs,

v.

BAUSCH HEALTH COMPANIES INC.,
SALIX PHARMACEUTICALS, LTD., SALIX
PHARMACEUTICALS, INC., SANTARUS,
INC., ASSERTIO THERAPEUTICS, INC.,
LUPIN PHARMACEUTICALS, INC., and
LUPIN LTD.,

Defendants.

---

KPH HEALTHCARE SERVICES, INC., a/k/a
KINNEY DRUGS, INC., individually and on
behalf of all others similarly situated,

No. 3:19-cv-06839-WHA

Plaintiff,

v.

BAUSCH HEALTH COMPANIES INC.,
SALIX PHARMACEUTICALS, LTD., SALIX
PHARMACEUTICALS, INC., SANTARUS,
INC., ASSERTIO THERAPEUTICS, INC.,
LUPIN PHARMACEUTICALS, INC., and
LUPIN LTD.,

Defendants.

---

**DECLARATION OF LAUREN GUTH BARNES
IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD DIRECT PURCHASER
CLASS COUNSEL**

I, Lauren Guth Barnes, respectfully submit this declaration in support of the direct purchaser

plaintiffs' Motion to Appoint Interim Co-Lead Direct Purchaser Class Counsel, and declare as

follows:

1.   I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP in the firm's

Boston office. I am an attorney in good standing in the Commonwealth of Massachusetts and

represent the direct purchaser plaintiffs Meijer, Inc., Meijer Distribution, Inc., BI-LO LLC, and

Winn-Dixie Logistics, Inc.

2.   Attached as Exhibits A-B are supplemental materials regarding the experience of counsel and/or their firms seeking appointment as interim lead counsel for the direct purchaser plaintiffs. Attached as Exhibits C-D are supplemental materials regarding the experience of counsel and/or their firms seeking selection to the proposed executive committee, as specified below.

3.   Attached as **Exhibit A** are supplemental materials concerning Steve Shadowen and Hilliard & Shadowen LLP.

4.   Attached as **Exhibit B** are supplemental materials concerning Lauren Barnes and Hagens Berman Sobol Shapiro LLP.

5.   Attached as **Exhibit C** are supplemental materials concerning A.J. de Bartolomeo and Tadler Law Group.

6.   Attached as **Exhibit D** are supplemental materials concerning Mike Roberts and Roberts Law Firm, P.A.

I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and correct to the best of my knowledge.

Executed this 3rd day of December, 2019 in Cambridge, Massachusetts.

/s/ **Lauren Guth Barnes**
Lauren Guth Barnes

DECLARATION OF LAUREN GUTH BARNES IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD DIRECT PURCHASER CLASS COUNSEL

# EXHIBIT A



Bob Hilliard and Steve Shadowen founded Hilliard Shadowen LLP in January 2012 to establish a team of experienced, resolute attorneys dedicated to pursuing economic and social justice for their clients. The firm quickly gained a reputation as one of the finest plaintiff-side antitrust and civil-rights law firms in the nation, taking on—and winning—policy-changing and industry-shaping litigation. The firm has offices in Austin, Texas, and Corpus Christi, Texas, with additional lawyers in Boston, Philadelphia, and Cleveland.

## STEVE D. SHADOWEN

Before founding Hilliard & Shadowen LLP in January 2012, Mr. Shadowen was a partner at Philadelphia's Schnader Harrison Segal & Lewis, where he was elected to the firm's executive committee, and later at Hangley Aronchick Segal & Pudlin.  He has been representing plaintiffs in antitrust litigation for more than 25 years and has regularly been hired to represent some of the nation's largest pharmaceutical purchasers.  Over his extensive career, he has been lead counsel on behalf of purchaser plaintiffs in multiple groundbreaking pharmaceutical antitrust cases, from pioneering the granddaddy of them all, *In re Brand Name Prescription Drugs Antitrust Litig.*, MDL 997 (N.D. Ill. 1993), to successfully arguing the appeal on behalf of purchaser plaintiffs in *In re KDur Antitrust Litig.*, 686 F.3d 197 (3d Cir. 2012).

Other notable cases in which Mr. Shadowen has represented pharmaceutical purchasers include:

*In re Relafen Antitrust Litig.*, Master File No. 01-cv-12239 (D. Mass.) (challenging scheme to mislead the U.S. Patent and Trademark Office and prosecute sham litigation);
*In re Androgel Antitrust Litig. (II)*, MDL 2084 (N.D. Ga.) (challenging settlements of sham litigation with exclusion payment agreements);
*In re Cardizem CD Antitrust Litig.*, No. 99-md-1278 (E.D. Mich.) (challenging exclusion payment agreements);
*In re Ciprofloxacin Hydrochloride Antitrust Litig.*, No. 00-md-1383 (E.D.N.Y.) (challenging exclusion payment agreements);
*King Drug Co. of Florence, Inc. v. Cephalon, Inc.*, Master File No. 07-cv-1797 (E.D. Pa.) (challenging exclusion payment agreements);
*Louisiana Wholesale Drug Co., Inc. v. Abbott Labs.*, Master File No. 05-cv-340 (D. Del.) (challenging unlawful "product hop" regarding the drug TriCor);
*Meijer, Inc. v. Barr Pharmaceuticals, Inc.*, Master File No. 06-cv-795 (D.D.C.) (challenging exclusive supply agreement that prohibited generic competitor from launching a generic version of the contraceptive Ovcon);

*In re Nifedipine Antitrust Litig.*, MDL No. 1515 (D.D.C.) (challenging conspiracy among potential competitors which prevented generic versions of the hypertension drug Adalat CC from entering the market);

*In re Neurontin Antitrust Litig.*, MDL No. 1479 (D.N.J.) (challenging scheme to prevent generic competition by obtaining patents through misconduct before the U.S. Patent and Trademark Office, improperly listing patents in the Orange Book, filing sham patent litigation, and marketing Neurontin for off-label uses);

*In re Remeron Antitrust Litig.*, Master File No. 03-cv-85 (D.N.J.) (challenging brand manufacturer's improper Orange Book listing and use of sham litigation to delay generic competition);

*Safeway, Inc. v. Abbott Labs.*, Master File No. 07-cv-5470 (N.D. Cal.) (challenging bundled pricing and refusal to deal regarding protease inhibitors used to treat HIV);

*In re Terazosin Hydrochloride Antitrust Litig.*, No. 99-MDL-1317 (S.D. Fla.) (challenging exclusion payment agreements regarding the drug Hytrin);

*In re Nexium (Esomeprazole Magnesium) Antitrust Litig.*, No. 12-md-2409-WGY (D. Mass.) (challenging exclusion payment agreement);

*In re Suboxone (Buprenorphine Hydrochloride and Naloxone Antitrust Litig.*, No. 13-md-2445-MSG (E.D. Pa.) (challenging anticompetitive product hop);

*In re Niaspan Antitrust Litig.*, No. 13-md-02460-JD (E.D. Pa.) (challenging exclusion payment agreement);

*In re Loestrin 24 Antitrust Litig.*, No. 13-md-2472-S-PAS (D.R.I.) (challenging exclusion payment agreement and anticompetitive product hop);

*In re Solodyn (Minocycline Hydrochloride) Antitrust Litig.*, No. 14-md-2503-DJC (challenging exclusion payment agreement and anticompetitive product hop).

Mr. Shadowen is the author of three of the definitive academic studies of product hopping.  *See* Shadowen, *et al.*, *Product Hopping: A New Framework*, 92 Notre Dame L. Rev. 167 (2016) (with M. Carrier); Shadowen, *et al.*, *Bringing Market Discipline to Pharmaceutical Product Reformulations*, 42 Int'l Rev. Intel. Prop. & Comp. Law 698 (2011); Shadowen, *et al.*, *Anticompetitive Product Changes in the Pharmaceutical Industry*, 41 Rutgers L.J. 1 (2009).  He also served on the plaintiffs' trial team in a leading case involving product hopping, *Abbott Labs. v. Teva Pharmaceuticals, U.S.A., Inc.*, 532 F. Supp. 2d 408 (D. Del. 2006).

Mr. Shadowen was one of a handful of leaders of the decade-long effort to prevent pharmaceutical manufacturers from paying their generic-manufacturer competitors to refrain from challenging pharmaceutical patents.  Along the way, he presented the appellate arguments on behalf of the purchaser plaintiffs in all three of the cases in which the Courts concluded that such agreements should be subject to substantial antitrust scrutiny. *Arkansas Carpenters Health & Welfare Fund v. Bayer AG*, 604 F.3d 98, 110 (2d Cir. 2010); *In re K-Dur Antitrust Litig.*, 686 F.3d 197 (3d Cir. 2012); and *In re Cardizem CD Antitrust Litig.*, 332 F.3d 896, 908 (6th Cir. 2003). These victories ultimately led to the Supreme Court decision in favor of plaintiffs in *FTC v. Actavis, Inc.*, 133 S. Ct. 2223 (2013).  For his work on behalf of consumers in these cases, in 2013 the American Antitrust Institute awarded Mr. Shadowen its first-ever national accolade for Outstanding Antitrust Litigation Achievement in Private Law Practice.

Consumer organizations similarly recognize and seek the benefit of Mr. Shadowen's experience in industry-shaping antitrust litigation.  Consumer advocates such as Consumers Union, the National Association of Chain Drug Stores, and Professor Herbert Hovenkamp and his colleagues regularly retain Mr. Shadowen to represent their interests as amici curiae in major antitrust litigation. He frequently gives invited lectures on antitrust and competition policy, including at the American Intellectual Property Law Association, Politico Pro forum, the National Association of Attorneys General, universities throughout the United States, and the University of Oxford.

Mr. Shadowen consistently garners recognition as a Best Lawyer in America in four categories:  Bet-the-Company Litigation, Antitrust Law, Commercial Litigation, and Antitrust Litigation.  Chambers USA ranks him as one of America's Leading Lawyers for Business.  He serves on the advisory boards of the American Antitrust Institute and the Institute for Consumer Antitrust Studies.

As a law student he was the criminal procedure project editor of the Georgetown Law Journal. Upon graduation from Georgetown he served as a clerk for the Hon. Boyce F. Martin, Jr. of the United States Court of Appeals for the Sixth Circuit.

**ROBERT C. HILLIARD**

Robert C. Hilliard has been practicing law in the State of Texas for nearly 30 years, gaining national recognition for his work on many high-profile cases. He established Hilliard Muñoz Gonzales LLP in 1985 and Hilliard Shadowen LLP in 2012.

Mr. Hilliard's cases have made headlines statewide and on the national level. His representation of the parents of a Corpus Christi teenager who committed suicide following bullying incidents at his high school focused a national spotlight on the menace of bullying in schools. He led the fight for justice for disabled residents of the Corpus Christi State School who were forced to take part in an infamous "fight club" for the amusement of some staff members. Mr. Hilliard's other high-profile cases include:

- Co-lead counsel in the multidistrict litigation involving GM's defective ignition switches
- the 2010 cross-border fatal shooting of a 15-year-old unarmed Mexican boy by a U.S. Border Patrol agent, which garnered international media attention, and the 2011 killing of another Mexican citizen by the Border Patrol, sparking a confrontation between President Calderon and Secretary of State Hillary Clinton
- helping free a Hmong man wrongfully convicted of criminal vehicular homicide in Minnesota. Mr. Hilliard was honored for his work on the case by the Innocence Project of Minnesota, receiving the organization's first "Never Forgotten Award." The Corpus Christi Caller-Times wrote, "Hilliard served charity and justice by intervening. His actions reflect positively on his profession and its capacity for defending and protecting the innocent."  As a result Mr. Hilliard was a 2011 finalist for Public Justice's National Trial Lawyer of the Year.
- serving as liaison counsel for the Plaintiffs' Steering Committee against Toyota for the widely-reported unintended acceleration litigation

- fighting for victims of the FEMA Trailer Formaldehyde incidents
- achieving $13.5 million in combined verdicts in a predatory lending case
- acting as lead counsel in a class action suit against H&R Block, which resulted in a rapid refund to approximately 300,000 Texans

Mr. Hilliard received his undergraduate degree in English literature from St. Edward's University in Austin, Texas where he graduated summa cum laude. In 1983, he graduated with honors from St. Mary's Law School in San Antonio where he served as the associate editor of the St. Mary's Law Journal.

Mr. Hilliard has been featured on ABC World News Tonight, Good Morning America, FOX News, 60 Minutes and other national and international media. A 2011 cover story in NSIDE magazine called Mr. Hilliard, "The Champion." That same year, Texas Super Lawyers magazine featured an article about him entitled, "The Bulldog."

## JACK. A. STAPH

Jack A. Staph has more than 40 years of experience litigating and advising clients in the pharmaceutical industry.  From 1986 to 1997, he served as Senior Vice President, Secretary and General Counsel of the Revco Drugstore pharmacy chain.  He first joined the Revco legal department in 1972.

Mr. Staph counseled his client and oversaw its litigation through some of the most momentous changes in the pharmaceutical industry.  His experience includes providing counseling and overseeing litigation involving pharmacy provider contracts, managed care contracts, restricted pharmacy provider networks, HIPPA compliance, anti-kickback compliance, drug formulary compliance and medication adherence programs. He also directed Revco's litigation against pharmaceutical manufacturers for unlawful price-fixing, market allocation and other anticompetitive practices.  In addition, Mr. Staph has years of significant experience managing oversight of all merger and acquisition work, corporate governance, negotiation of collective bargaining agreements and employment litigation.

Mr. Staph serves as the Chairman and President of Cleveland Marathon Inc. and Executive Director of the Rite Aid Cleveland Marathon.  For Cleveland Marathon Charities, a 501(c)3 that raises millions of dollars for charities throughout the country, Mr. Staph serves as President. For his service to the Cleveland Marathon, including more than 30 years as its race chairman, Mr. Staph was inducted into the Greater Cleveland Sports Hall of Fame.

He also serves in many other leadership positions in various for-profit and civic organizations, including:

- National Advisory Council, Cleveland State Law School;
- Director, Elder-Beerman Stores Corp.;
- Director, Delta Holdings, Inc.;
- Trustee, The Revco Golf Charities Foundation;
- Trustee, Parkworks;

- Trustee, Judson Retirement Community; and
- Director, Running USA.

## RICHARD BRUNELL

Mr. Brunell joined Hilliard & Shadowen after more than a decade at the American Antitrust Institute, most recently as General Counsel. In 2012-13, he was Senior Advisor for Competition Matters in the chairman's office at the Federal Trade Commission. Mr. Brunell previously practiced in the litigation department at Foley Hoag LLP in Boston, the Massachusetts Attorney General's Office, and at the Antitrust Division of the Justice Department. A contributing editor of the Antitrust Law Journal, Mr. Brunell is the author of numerous antitrust articles and book chapters. He has testified before Congress and the Federal Trade Commission and is a frequent speaker at national and international conferences. Mr. Brunell is a graduate of Swarthmore College and the Harvard Law School, where he was an editor of the Harvard Law Review. He teaches antitrust law as an adjunct professor at Boston College Law School.

## CATHERINE HILLIARD

Ms. Hilliard is Of Counsel to the firm. She is a Commissioner of the Port of Corpus Christi, overseeing the nation's fourth-largest port and its annual 6,000 vessels and 80 million tons of cargo. Before joining Hilliard & Shadowen she was an attorney with a large litigation defense firm, serving as its managing partner and its first female Hispanic partner. She was a Texas Super Lawyers Rising Star in 2007, 2010, and 2013. She received her Bachelor of Arts degree from the University of Texas-Austin in 1996 and her Juris Doctorate from St. Mary's Law School in 1999, where she was a member of the St. Mary's Law Review. She is a native of San Diego, Texas. She currently serves as treasurer of the Board of Trustees of St. Edward's University in Austin, and as Board Chair at Incarnate Word Academy in Corpus Christi.

## MATTHEW C. WEINER

Mr. Weiner started working part-time for Hilliard Shadowen LLP during his last semester of law school, and he joined the firm full-time upon graduation in May 2012.  His practice concentrates on developing and litigating antitrust and consumer protection cases in the pharmaceutical industry.  He has assumed significant roles in a number of the firm's pharmaceutical antitrust cases, including:

- *In re Loestrin Antitrust Litigation*;
- *In re Actos End-Payor Antitrust Litigation*;
- *In re Suboxone Antitrust Litigation*;
- *In re Solodyn Antitrust Litigation*; and
- *In re Nexium Antitrust Litigation*.

Matthew C. Weiner graduated from The Pennsylvania State University, Smeal College of Business with a B.S. in Accounting.  He then attended The Pennsylvania State University

Dickinson School of Law, where he served as managing editor of the school's law review, Yearbook on Arbitration and Mediation.  He was also elected to coach Penn State's ABA National Moot Court team, and he competed in the Mardi Gras Sports Law Moot Court Competition.

While attending law school, Mr. Weiner served as a judicial extern for the Hon. Kim Gibson, United States District Court for the Western District of Pennsylvania.  He was also a judicial intern for the Hon. Linda S. Jamieson, Supreme Court of New York, Rockland Division.

Mr. Weiner has extensive research experience in antitrust, having served as a research assistant for a professor updating a comprehensive antitrust treatise, and for another professor preparing a volume on antitrust law in the pharmaceutical industry.   Other areas of particular interest include consumer class action litigation and arbitration.

**FRAZAR THOMAS**

Before joining Hilliard and Shadowen, Mr. Thomas was an associate at Milbank, Tweed, Hadley & McCloy, where his practice centered around the representation of large financial institutions in both criminal and complex civil litigation, including as part of a team representing a foreign bank defendant in *In re: Libor-Based Financial Instruments Antitrust Litigation*.

Mr. Thomas graduated from the University of Pennsylvania Law School in 2015, where he was a member of the Moot Court Board and an Associate Editor of the Journal of Constitutional Law.  He graduated with a B.A. in Political Science from Middlebury College in 2009.  He is admitted to practice in New York.

**NICHOLAS W. SHADOWEN**

Mr. Shadowen brings global experience to his work at Hilliard Shadowen — in addition to his U.S. education, he attended undergraduate and graduate programs in Italy, France, England, and Ireland. Mr. Shadowen's work focuses on complex national and international antitrust and human rights litigation. He is committed to ensuring human rights protection for all individuals at our nation's borders and adapting antitrust law to the novel issues posed by the twenty first century marketplace.

As an undergraduate, Mr. Shadowen earned the Duquesne University Philosophy Department's annual award for excellence. After studying creative writing at the American University of Paris, he received a scholarship to attend the renowned Masters writing program at the University of East Anglia in Norwich, England. The program's alumni include Nobel Prize winner Kazuo Ishiguro and Booker Prize winners Anne Enright and Ian McEwan. He received his M.A. in 2014.

While attending the University of Miami School of Law, Mr. Shadowen took a semester to study EU Competition law and International Human Rights law at the UCD Sutherland School of Law in Dublin, Ireland.

# EXHIBIT B



ATTORNEYS AT LAW
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 CAMBRIDGE PARKWAY, SUITE 301
CAMBRIDGE, MA 02142
www.hbsslaw.com

### HAGENS BERMAN SOBOL SHAPIRO LLP

Hagens Berman Sobol Shapiro LLP ("HBSS") was founded in 1993 with one purpose: to help victims with claims of fraud and negligence that adversely impact a broad group. The firm initially focused on class action and other types of complex, multi-party litigation, but we have always represented plaintiffs/victims. As the firm grew, we expanded our scope while staying true to our mission of taking on important cases that implicate the public interest. With more than 75 lawyers and offices in eight cities across the United States, the firm represents plaintiffs including investors, consumers, inventors, workers, the environment, governments, whistleblowers and others in a diverse array of cases.[1]

### PHARMACEUTICAL LITIGATION – BOSTON OFFICE

HBSS aggressively pursues pharmaceutical pricing litigation from our Boston office, helping lead the litigation fight for more affordable prescription drugs and for a more responsible pharmaceutical and medical device industry. HBSS works with consumers, for-profit and not-for-profit health insurers, consumer organizations, state Attorneys General, third-party payers, drug wholesalers and retailers, and other purchasers. Our pursuit of pharmaceutical manufacturer misconduct has resulted in recoveries to prescription drug purchasers well in excess of one billion dollars, and has yielded industry-wide, fundamental price changes.

HBSS – as lead or co-lead class counsel – has brought about significant settlements in several antitrust and RICO class cases involving prescription drugs. In most cases, the plaintiffs alleged that a manufacturer of a brand name drug violated federal or state laws by either delaying its generic competitors from coming to market (thereby forcing purchasers of prescription drugs to buy the more expensive brand instead of the less expensive generic equivalent) or misrepresenting the safety and efficacy of a drug (thereby causing payers to pay more for the drug than they would have otherwise). Significant resolutions in the last fifteen years include:

- **$166 Million Recovery in Lidoderm Antitrust Action**

  In September 2018, the Honorable William Orrick of the Northern District of California granted final approval to a $166 million class settlement for direct purchasers of brand and generic Lidoderm. HBSS served as co-lead class counsel challenging a reverse payment agreement between Endo Pharmaceuticals and Actavis that delayed generic competition for Lidoderm for more than one year. *In re Lidoderm Antitrust Litigation*, N.D. Ca., MDL No. 2521.

---

[1] Additional information about HBSS, our cases, and our lawyers can be found at www.hbsslaw.com.

- **$72.5 Million Recovery in Solodyn Antitrust Action**

  In July 2018, the Honorable Denise J. Casper of the District of Massachusetts granted final approval to a $72.5 million class settlement for direct purchasers of brand and generic Solodyn. HBSS was co-lead class counsel in this case alleging Medicis entered into a series of reverse payment deals to delay entry of generic Solodyn and used the period of delay to effectuate a product hop, all resulting in overcharges by direct purchasers. The case settled three days before trial. *In re Solodyn Antitrust Litigation*, D. Mass., MDL No. 2503.

- **$94 Million Recovery in Celebrex Antitrust Litigation**

  In April 2018, the Honorable Arenda Wright Allen of the Eastern District of Virginia granted final approval to a $94 million class settlement for direct purchasers of brand and generic Celebrex. HBSS was sole lead counsel in this case that alleged Pfizer obtained reissuance of a patent that provided an additional eighteen months of patent protection for Celebrex by making misrepresentations and omissions to the Patent and Trademark Office; Pfizer then asserted that bogus patent to delay generics from coming to market, in violation of federal antitrust law. The case settled mere weeks before trial. *American Sales Co. LLC v. Pfizer, Inc.*, E.D. Va. (Norfolk Division) 14-cv-00361.

- **$146 Million Recovery in Aggrenox Antitrust Litigation**

  In December 2017, the Honorable Stefan Underhill of the District of Connecticut granted final approval to a $146 million class settlement for direct purchasers of brand and generic Aggrenox. HBSS served on the three-member Executive Committee on behalf of the direct purchaser class in this case alleging that brand manufacturer entered into an unlawful reverse-payment agreement with generic manufacturer Teva in order to delay market availability of generic formulations of Aggrenox. *In re Aggrenox Antitrust Litigation*, D. Conn., MDL No. 2516.

- **$15 Million Settlement of Antitrust Action Involving Asacol**

  In December 2017, the Honorable Denise Casper of the District of Massachusetts granted final approval to a $15 million settlement on behalf of direct purchasers of Asacol. HBSS served as one member of an Executive Committee in this product hopping case against brand manufacturer Allergan plc and its predecessor Warner Chilcott alleging Warner Chilcott made minor, immaterial changes to its Asacol formulation, *e.g.,* changing the dosage amount from 400mg to 800mg, and later changing the dosage form from tablet to capsule, for the sole purpose of preventing generic manufacturers from obtaining FDA approval for a generic product that could be automatically substituted for Asacol. *In re Asacol Antitrust Litigation*, D. Mass. 15-cv-12730.

- **$189 Million Bankruptcy Resolution for Contaminated MPA Made by New England Compounding Company**

  In May 2015, the Honorable Henry J. Boroff of the United States Bankruptcy Court for the District of Massachusetts confirmed a Chapter 11 plan for NECC that included tort settlements totaling more than $189 million in contributions from NECC's owners, affiliate companies, vendors, and their insurers, as well as several independent clinics, hospitals,

December 2019

doctor's offices, and their respective insurers for having administered the contaminated injections compounded by NECC. HBSS served as court-appointed lead counsel in the MDL. *In re New England Compounding Pharmacy, Inc.*, D. Mass., MDL No. 2419.; *In re New England Compounding Pharmacy, Inc. (Chapter 11)*, Bankr. D. Mass., 12-br-19882-HJB.

- **$98 Million Recovery in Antitrust Action Concerning Prograf**

  In May 2015, the Honorable Rya Zobel of the District of Massachusetts approved a $98 million class settlement for direct purchasers in the Prograf antitrust MDL. The direct purchaser class plaintiffs alleged Astellas submitted a sham petition to the FDA to delay approval of generic versions of the immunosuppressant Prograf. *In re Prograf Antitrust Litigation*, D. Mass., MDL No. 2242.

- **$325 Million Proposed Recovery for Third Party Payers for Neurontin Marketing Fraud**

  In November 2014, the Honorable Patti Saris of the District of Massachusetts approved a $325 million classwide settlement for third party payers alleging Parke Davis, a subsidiary of Pfizer, engaged in widespread and fraudulent off-label marketing, misleading the health care community into believing that Neurontin was effective for a variety of uses for which it was not approved. HBSS served as liaison counsel and a member of the Plaintiffs' Steering Committee. The class settlement followed a $142 million verdict in related litigation on behalf of Kaiser, where HBSS served as trial counsel. *In re Neurontin Marketing, Sales Practices, and Products Liability Litigation*, D. Mass., MDL No. 1629.

- **$73 Million Recovery in Antitrust Action Concerning Skelaxin**

  In September 2014, the Honorable Curtis Collier of the Eastern District of Tennessee approved a $73 million settlement on behalf of a class of direct purchasers of Skelaxin. HBSS served as court-appointed sole lead class counsel for the direct purchaser class. *In re Skelaxin (Metaxalone) Antitrust Litigation*, E.D. Tenn., Civil Action No. 12-md-2343.

- **$150 Million Recovery in Flonase Antitrust Action**

  In June 2013, the Honorable Anita Brody of the Eastern District of Pennsylvania approved a $150 million settlement on behalf of direct purchasers who bought the nasal spray Flonase from the defendant, GlaxoSmithKline. The plaintiffs alleged that GSK submitted a sham citizen petition to the FDA that, intentionally and actually, delayed the approval of generic versions of Flonase. HBSS served as court appointed co-lead class counsel for the direct purchaser class. *In re Flonase Antitrust Litigation*, E.D. Pa., Civil Action No. 08-cv-3149.

- **$21.5 Million Recovery in Wellbutrin SR Antitrust Action**

  In June 2013, the Honorable Lawrence Stengel of the Eastern District of Pennsylvania approved a $21.5 million settlement on behalf of end payers who bought the antidepressant Wellbutrin SR from defendant GlaxoSmithKline. The plaintiffs alleged Glaxo unlawfully extended its monopoly over the market for Wellbutrin SR by filing baseless patent infringement suits against multiple generic manufacturers legitimately seeking to market less expensive versions of these drugs.  HBSS served as court appointed co-lead class counsel for

the end payer class. *In re Wellbutrin SR Antitrust Litigation*, E.D. Pa., Civil Action No. 04-cv-5898.

- **$37.5 Million Partial Settlement in Wellbutrin XL Antitrust Action**

  In November 2012, Judge Mary McLaughlin of the Eastern District of Pennsylvania approved a $37.5 million settlement with defendant Biovail on behalf of direct purchasers who bought the antidepressant Wellbutrin XL from defendant GlaxoSmithKline. HBSS served as court appointed co-lead class counsel for the direct purchaser class. *In re Wellbutrin XL Antitrust Litigation*, E.D. Pa., Civil Action No. 08-cv-02431.

- **$41.5 Million Settlement for Consumers and TPPs for Vytorin/Zetia Fraud**

  In February 2010, the Honorable Dennis M. Cavanaugh of the District of New Jersey granted final approval of a $41.5 million settlement on behalf of consumers and third party payers who alleged Merck & Co. and Schering-Plough Corporation suppressed critical information about the safety and efficacy of the brand name drugs Vytorin and Zetia and caused consumers and third party payers to pay for unnecessary prescriptions of these expensive drugs. *In Re: Vytorin/Zetia Marketing, Sales Practices and Products Liability Litigation*, D.N.J., MDL No. 193.

- **$25 Million for the State of Connecticut for Zyprexa Fraud**

  In October 2009, the Honorable Jack B. Weinstein of the Eastern District of New York entered an Order for Entry of Final Judgment in *State of Connecticut v. Eli Lilly and Co.*, approving the $25 million settlement reached by the parties to conclude the State's Zyprexa litigation. HBSS served as outside counsel to Attorney General Richard Blumenthal in the litigation that alleged Lilly engaged in unlawful off-label promotion of the atypical antipsychotic Zyprexa and made significant misrepresentations about Zyprexa's safety and efficacy, resulting in millions of dollars in excess pharmaceutical costs borne by the State and its taxpayers. *State of Connecticut v. Eli Lilly & Co.*, E.D.N.Y., Civil Action No. 08-cv-955-JBW.

- **$65.7 Million Recovery in Tricor Antitrust Action**

  In October 2009, Chief Judge Sue Robinson of the District of Delaware approved a $65.7 million recovery for consumers and third party payers who sued Abbott Laboratories and Fournier Industries in an antitrust action concerning the cholesterol drug Tricor. The plaintiffs alleged Abbott and Fournier manipulated the statutory framework regulating the market for pharmaceuticals by instituting baseless patent litigation against generic manufacturers and switching of dosage strengths and forms, resulting in delayed entry of generics and thus lower prices into the market. HBSS served as court appointed co-lead class counsel. *In re Tricor Indirect Purchaser Antitrust Litigation*, D. Del., Civil Action No. 05-cv-360.

- **$80 Million Settlement in TPP Action Concerning Vioxx**

  HBSS served as court appointed lead counsel for third party payers in the Vioxx MDL, alleging Merck and Company, Inc. launched misleading marketing campaigns for the drug,

misleading physicians, consumers, and health benefit providers it touting Vioxx as a superior product to other non-steroidal anti-inflammatory drugs when the drug had no appreciable differences from less expensive medications but did have an increased risk of causing cardiovascular events. HBSS negotiated a $65 million non-class settlement, entered into on September 14, 2009, between Merck and scores of individually represented third party payers, along with a $15 million fund for payment of common benefit fees. *In re Vioxx Products Liability Litigation*, E.D. La., MDL No. 1657.

- **$350 Million for Consumers and Third Party Payers in RICO Action Against McKesson**

  In August 2009, the Honorable Patti B. Saris of the District of Massachusetts approved a $350 million nationwide settlement with McKesson Corporation on behalf of consumers and health plans for McKesson's role in misreporting the average wholesale price of prescription drugs. HBSS served as lead class counsel. *New England Carpenters Health Benefits Fund et al v. First DataBank, Inc. and McKesson Corp.*, D. Mass., Civil Action No. 05-cv-11148-PBS.

- **$142 Million Civil RICO Jury Verdict in Massachusetts Over Neurontin**

  In March 2009, following a four-and-a-half week trial and two days of deliberations, a jury in the United States District Court for Massachusetts returned a $142 million RICO verdict against Pfizer, Warner Lambert, and Parke Davis in a suit related to Pfizer's fraudulent and unlawful promotion of the drug Neurontin. HBSS served as co-lead trial counsel for Plaintiffs Kaiser Foundation Health Plans and Kaiser Foundation Hospitals. *Kaiser Foundation Health Plan, et al v. Pfizer, Inc., et al*, D.Mass., Civil Action No. 04-cv-10739 (PBS).

- **The Major First Databank Price Rollback**

  On September 4, 2009, the First Circuit Court of Appeals affirmed a settlement rolling back benchmark prices on hundreds of prescription medications. HBSS served as court appointed lead class counsel in this case by health benefit plans and consumers against First DataBank, Inc. ("FDB") and Medi-Span, two leading drug pricing publishers. Plaintiffs claimed that beginning in 2001, FDB and McKesson secretly agreed to raise the markup between the Wholesale Acquisition Cost ("WAC") and the Average Wholesale Price ("AWP") from 20 to 25 percent for more than 400 drugs, resulting in higher profits for retail pharmacies at the expense of consumers and payers. Under the terms of the settlement, FDB agreed to roll back pricing by five basis points, from 1.25 to 1.20, on hundreds of drugs, resulting in cost-savings that continue to this day. *New England Carpenters Health Benefits Fund et al v. First DataBank, Inc. and McKesson Corp.*, D. Mass., Civil Action No. 05-cv-11148-PBS; *District Council 37 Health and Security Plan et al v. Medi-Span*, D. Mass., Civil Action No. 07-cv-10988-PBS.

- **Over $250 Million in Settlements with Several Drug Companies for Artificially Inflating AWP**

  In 2007, the Honorable Patti Saris of the District of Massachusetts presided over a six week trial that culminated in class settlements with individual defendants of $125 million, $75

million, $22.5 million, and $12 million. HBSS served as liaison counsel and co-lead counsel in this litigation alleging systemic abuse through artificial inflation of the so-called "average wholesale price" or "AWP" that is used as a benchmark for almost all prescription drug sales in the United States. *In Re: Pharmaceutical Industry Average Wholesale Price Litigation*, D.Mass., MDL No. 1456.

- **$75 Million Recovery in Antitrust Action Concerning Relafen**

  In 2005, the Honorable William Young of the District of Massachusetts approved a $75 million settlement on behalf of a class of drug end-payers of the painkiller Relafen. Mr. Sobol was court-appointed liaison counsel, spearheading litigation against GlaxoSmithKline Corporation and its predecessors on allegations that GSK fraudulently obtained a patent to prevent a generic version of Relafen from coming to market. *In re Relafen Antitrust Litigation,* D. Mass., Master File No. 01-12239-WGY.

- **$150 Million Settlement for Consumers and TPPs for Purchases of Lupron**

  In December 2004, HBSS announced a proposed resolution on behalf of consumers and third-party payers of Lupron in late 2004, in the amount of $150 million. The litigation alleged widespread fraudulent marketing and sales practices against TAP Pharmaceuticals, a joint venture between Abbott Laboratories and Takeda Pharmaceuticals, Inc., and followed TAP's agreement to pay $875 million in combined criminal and civil penalties regarding marketing and sales practices for the prostate cancer drug Lupron. HBSS served as court appointed co-lead and liaison counsel. *In Re: Lupron Marketing and Sales Practices Litigation,* D. Mass., MDL No. 1430.

- **$150 Million Recovery in Antitrust Action Concerning Paxil**

  In 2004, HBSS served as co-lead counsel in the $150 million resolution of claims on behalf of direct purchasers of the "blockbuster" selective serotonin reuptake inhibitor Paxil, manufactured by GlaxoSmithKline. The suit alleged that Glaxo engaged in sham litigation with respect to certain patents in an effort to delay competition from the entry of a generic form of the drug. *In re Paxil Direct Purchaser Litigation,* E.D. Pa., Civil Action No. 03-4578.

- **$29 Million Settlement Against GSK for Antibiotic Augmentin**

  In 2004, HBSS announced a proposed settlement of $29 million on behalf of consumers and other payers of the broad spectrum antibiotic Augmentin. HBSS served as court appointed co-lead counsel in this antitrust litigation against GlaxoSmithKline Corporation and its predecessors alleging that GSK engaged in a pattern and practice of sham litigation and fraudulent procurement of a patent relating to Augmentin. *In Re: Augmentin Antitrust Litigation,* D.E.Va., Civil Action No. 2:02-cv-442.

- **$24 Million Recovery in Fraud Action Concerning Serostim**

  In 2004, HBSS announced a $24 million settlement, negotiated by HBSS, that reimbursed a class of consumers and third party payers, including self-insured employers, health and welfare plans, and insurance companies, for part or all of their purchases of the AIDS drug

Serostim. The underlying litigation alleged that Serono, Inc., a global biotechnology company, implemented a scheme to substantially increase the sales of Serostim by duping patients diagnosed with HIV into believing they were suffering from AIDS-wasting and required use of the drug.  HBSS served as court appointed co-lead class counsel. *Government Employees Hospital Association v. Serono,* D. Mass., Civil Action No. 05-cv-11953.

### *Examples of Current Matters*

The following limited examples show existing antitrust and other pharmaceutical matters in which HBSS currently play lead roles:

- **Loestrin Antitrust Litigation**

  HBSS serves as co-lead class counsel in this direct purchaser case pending in the District of Rhode Island alleging delayed generic entry of the prescription oral contraceptive Loestrin 24 due to fraud on the Patent Office, sham litigation, product hopping, and a reverse payment that took the form of Warner Chilcott's promise not to launch an authorized generic. Initially dismissed, the First Circuit reversed, the amended complaint survived a second motion to dismiss, and trial is set for January 2020. *In re Loestrin Antitrust Litigation,* D. R.I., 13-md-2472.

- **Intuniv Antitrust Litigation**

  HBSS serves as interim lead counsel in this direct purchaser action pending before the Honorable Allison Burroughs in the District of Massachusetts. The plaintiffs allege that brand drug-maker Shire paid its would-be generic competitor, Actavis, to delay launching a generic version of Shire's ADHD drug Intuniv by up to 19 months by promising that Actavis's product would not face authorized generic competition during its first 180 days in the market. The court certified the direct purchaser class in September 2019 and trial is set for mid-2020. *FWK Holdings LLC v. Shire,* D. Mass., No. 16-cv-12653.

- **Humira Antitrust Litigation**

  HBSS is co-lead counsel in this end payor class litigation before the Honorable Manish Shaw in the Northern District of Illinois. The complaint alleges that AbbVie unlawfully stifled and delayed biosimilar competition for Humira, the world's best-selling drug (in terms of revenue), both through use of a thicket of more than 100 patents and by entering into market allocation agreements allowing date-certain (and earlier) entry for biosimilars in Europe but delaying biosimilar competition in the United States. The defendants' motion to dismiss is pending. *In re Humira (Adalimumab) Antitrust Litig*., N.D. Ill., No. 1:19-cv-01873.

- **Restasis Antitrust Litigation**

  HBSS serves as co-lead counsel in this direct purchaser action pending before the Honorable Judge Nina Gershon alleging that the brand drug maker Allergan, Inc. delayed generic competition for Restasis through a multi-faceted anticompetitive scheme involving obtaining sham patents, sham litigation, fraudulent citizen petitions to the FDA, and the transfer of all

six of its sham patents to a Native American Tribe in an attempt to keep the Patent and Trademark Office from invalidating them through the *Inter Partes* review system. Expert reports and discovery are wrapping up, but all other scheduled dates have been stayed until a decision on class certification is reached. *In re Restasis Antitrust Litigation*, E.D.N.Y., MDL No. 2819.

- **Zetia Antitrust Litigation**

  HBSS serves as interim lead counsel in this direct purchaser action pending before Chief Judge Rebecca Beach Smith alleging that Merck unlawfully delayed generic competition for the cholesterol drug Zetia by seeking invalid patents, engaging in sham litigation, and paying Glenmark, a potential generic competitor, to delay its entry. The defendants' recent motion to compel arbitration was met with a report and recommendation by the Magistrate Judge to deny it. Expert discovery is wrapping up and the case is set for trial in September 2020. *In re Zetia (Ezetimibe) Antitrust Litigation*, E.D. Va., MDL No. 2836.

- **Ranbaxy ANDA Fraud and Antitrust Litigation**

  HBSS is co-lead counsel for the proposed direct purchaser class in this antitrust action alleging that Ranbaxy, one of the largest generic drug makers in the world, misled the FDA, wrongfully obtaining tentative FDA approval for at least two products, locking in very valuable regulatory exclusivities, and delaying the availability of safe, affordable medications. In late 2018, the First Circuit denied the defendants' motion for interlocutory appeal following the district court's denial of the motion to dismiss. Discovery is underway. *Meijer, Inc. v. Ranbaxy Inc.*, D. Mass., 15-cv-11828.

- **Actos Antitrust Litigation**

  HBSS has been appointed as co-lead counsel for the proposed class of direct purchasers of the diabetes drug Actos and Actosplus met. The plaintiffs allege that Takeda Pharmaceuticals sought to extend the exclusivity beyond the life of its patent protection by adding unenforceable method-of-use patents, suing potential generic competitors, and then settling each case with pay-for-delay deals that delayed generic entry by more than a year. The court recently denied in part the defendants' motion to dismiss. *In re Actos Direct Purchaser Litigation*, S.D.N.Y., 1:15-cv-3278-RA.

- **Avandia Marketing, Sales Practices and Products Liability Litigation**

  HBSS serves as co-lead class counsel in this third party payor MDL in Philadelphia before the Honorable Cynthia Rufe. The plaintiffs allege that GlaxoSmithKline deliberately concealed the significant health and safety risk of the antidiabetic drug Avandia, allowing GSK to build Avandia into a blockbuster success, and that but for GSK's fraudulent marketing efforts, third party payors would have paid for far less expensive diabetes drugs and for far fewer prescriptions of Avandia. The plaintiffs have appealed the district court's granting of GSK's summary judgment motion on the grounds of preemption and lack of RICO distinctiveness, as well as the district court's order sealing the summary judgment record. The Third Circuit reversed the sealing order but continues to have the summary judgment appeal under advisement. *In re Avandia Marketing, Sales Practices and Products Liability Litigation*, E.D. Pa., MDL No. 1871.

- **Niaspan Antitrust Litigation**

  HBSS serves as court appointed co-lead class counsel in this direct purchaser antitrust MDL in Philadelphia. The plaintiffs allege AbbVie and Teva (and their predecessors) violated federal antitrust laws by entering into an unlawful reverse payment agreement to keep generic Niaspan off the market for up to eight years. The court certified the direct purchaser class in August 2019. *In re Niaspan Antitrust Litigation*, E.D. Pa., MDL No. 2460.

- **Suboxone Antitrust Litigation**

  HBSS serves as one of three co-leads in this direct purchaser antitrust case against Reckitt-Benckiser, alleging the company violated federal antitrust laws through a variety of efforts that purposefully and successfully delayed generic competition for Suboxone. The court certified the direct purchaser class in September 2019. *In re Suboxone Antitrust Litigation*, E.D. Pa., MDL No. 2445.

- **Effexor Antitrust Litigation**

  HBSS serves as co-lead counsel in this action against drug manufacturer Wyeth and generic manufacturer Teva alleging the defendants delayed market entry of generic versions of Effexor XR through the fraudulent procurement of patents for Effexor XR, the listing of those patents in the FDA Orange Book, and entering into reverse payment settlements with generic manufacturers. Initially dismissed in part, the case was reinstated following a Third Circuit reversal and discovery is now underway. *In re Effexor Antitrust Litigation,* D.N.J., 11-cv-5479.

- **Lipitor Antitrust Litigation**

  HBSS serves as co-lead counsel in this action alleging drug manufacturer Pfizer delayed market entry of generic versions of the cholesterol drug Lipitor by fraudulently procuring a follow-on patent for Lipitor and listing that patent in the FDA Orange Book, and entering into reverse payment settlements with generic manufacturers.  Initially dismissed, the case was reinstated following a Third Circuit reversal and discovery is now underway. *In re Lipitor Antitrust Litigation,* D. N.J., MDL No. 2332.

- **Generic Pharmaceutical Pricing Antitrust Litigation**

  HBSS is counsel for a proposed class of direct purchasers against the manufacturers of over twenty common generic drugs, alleging that the manufacturers entered into price-fixing and/or market allocation agreements in violation of federal antitrust law. Motions to dismiss were largely denied and discovery is ongoing. *In re Generic Pharmaceutical Pricing Antitrust Litigation*, E.D. Pa. MDL No. 2724.

- **Insulin Pricing Litigation**

  HBSS serves as court-appointed lead counsel in this consumer class case pending before the Honorable Judge Brian R. Martinotti. This lawsuit alleges that Eli Lilly, Novo Nordisk, and Sanofi-Aventis fraudulently inflated their publicly reported list prices for analog insulin while secretly maintaining their net prices constant. This pricing fraud harms consumers who pay based on the drug manufacturers' artificially inflated list prices. In February 2019, the Court

ruled that the consumers' state law claims could proceed. The court has the defendants'
second motion to dismiss under advisement. *In re Insulin Pricing*, D.N.J., No. 17-cv-00699.



**PARTNER**

# Lauren Guth Barnes

*Ms. Barnes was honored with the American Association for Justice's Marie Lambert Award in 2018, given to a female attorney in recognition of her exemplary leadership to the profession, to her community, to AAJ and to the Women Trial Lawyers Caucus.*

## CONTACT
55 Cambridge Parkway
Suite 301
Cambridge, MA 02142

(617) 482-3700 office
(617) 482-3003 fax
lauren@hbsslaw.com

## YEARS OF EXPERIENCE
› 15

## PRACTICE AREAS
› Antitrust Litigation
› Class Actions
› Consumer Rights
› Mass Torts
› Medical Devices
› Pharmaceuticals/Health Care Fraud
› RICO

## BAR ADMISSIONS
› Massachusetts

## COURT ADMISSIONS
› U.S. District Court, District of Massachusetts
› U.S. Court of Appeals, Second Circuit, Eleventh Circuit
› Supreme Court of the United States

## EDUCATION
› Boston College Law School, J.D., *cum laude*, Articles Editor, Boston College Law Review, 2005
› Williams College, B.A., International Relations, *cum laude*, 1998

## CURRENT ROLE

› Partner, Hagens Berman Sobol Shapiro LLP

› Practice focuses on antitrust, consumer protection and RICO litigation against drug and medical device manufacturers in complex class actions and personal injury cases for consumers, large and small health plans, direct purchasers and state governments

› Co-lead class counsel for direct purchasers in *In re Intuniv Antitrust Litigation* (D. Mass.)

› Co-lead class counsel for end payors in *In re Humira (Adalimumab) Antitrust Litigation* (N.D. Ill.)

## RECOGNITION

› Massachusetts Super Lawyer (2018, 2019)

› AAJ Marie Lambert Award (2018)

› AAJ Distinguished Service Award (2015, 2017, 2018)

› AAJ Women's Caucus Excellence in Leadership Award (2017, 2019)

› AAJ Above and Beyond Award (2016)

› Institute for Complex Litigation and Mass Claims at Emory Law, Emerging Leaders Board of Advisors – inaugural class (2015-2017)

› National Law Journal Boston Rising Star Award (2014)

› Massachusetts Academy of Trial Attorneys President's Award (2014)

› Massachusetts Bar Association Up & Coming Lawyer Award (2013)

› Massachusetts Rising Star (2014, 2015)

› AAJ New Lawyers Division Excellence Award (2010, 2011, 2013, 2014)

› AAJ New Lawyers Division Above and Beyond Award (2012)

› AAJ Wiedemann & Wysocki Award (2012, 2013)

## EXPERIENCE

› As co-lead class counsel, helped secure a $72.5 million class settlement for direct purchaser class three days before trial in MDL 2503: *In re Solodyn Anitrust Litigation*

› Helped reach a $73 million class settlement for direct purchasers in MDL No. 2343: *In re. Skelaxin Antitrust Litigation*

› Represented the state of Connecticut and helped secure a $25M settlement in its' action against Eli Lilly over unlawful promotion of and misrepresentations about Zyprexa

PARTNER

# Lauren Guth Barnes

› Represented health benefit providers in the firm's Ketek and copay subsidies class litigation, and individuals harmed by pharmaceuticals such as Yaz, Actos and Granuflo and medical devices including pelvic mesh

› Served as pro bono counsel in a successful constitutional challenge to the Commonwealth of Massachusetts' exclusion of legal immigrants from the state's universal healthcare program

› Served as liaison counsel for *In re Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*

› Active in the fights against forced arbitration federal preemption of consumer rights, working to ensure the public maintains access to the civil justice system and the ability to seek remedies when companies violate the law

› Co-authored an amicus brief to the Supreme Court in *Pliva v. Mensing* on behalf of practitioners and professors who teach and write on various aspects of pharmaceutical regulation and the delivery of healthcare

› Worked at Conflict Management Group where she worked with members of the United Nations High Commissioner for Refugees on a pilot project in Bosnia-Herzegovina designed to ease tensions and encourage reconciliation in post-conflict societies, and contributed to *Imagine Coexistence*, a book developed out of the collaboration

› Serves on the Board of On The Rise, a Cambridge, MA daytime shelter for homeless women and women in crisis

## LEGAL ACTIVITIES

› Institute for Complex Litigation and Mass Claims at Emory Law, Emerging Leaders Board of Advisors (2015-2017)
› American Association for Justice (AAJ)
   - Executive Committee, Member (2014-2015, 2019-present)
   - Board of Governors, Member (2012-present)
   - Antitrust Litigation Group, Former Chair (2016-2018)
   - Women Trial Lawyers Caucus, Former Chair (2012-2013)
   - Class Action Litigation Group, Former Co-Chair (2011-2012)
   - New Lawyers Division, Board of Governors (2009-2014)
   - Committees (various), Member
   - AAJ Trial Lawyers Care Task Force, Member (2012-present)
› Massachusetts Academy of Trial Attorneys
   - Executive Committee, Member (2012-2014; 2017-present)
   - Board of Governors, Member (2011-present)
   - Women's Caucus, Co-Chair (2008-present)
› Boston Bar Association, Class Action Committee, Co-Chair (2014-2018)
› Public Justice
   - Board of Directors, Member (2018-present)
   - Class Action Preservation Project, Vice Chair (2019-present)

PARTNER

# Lauren Guth Barnes

## NOTABLE CASES

› $72.5 Million Recovery in Solodyn Antitrust Action

In July 2018, the Honorable Denise J. Casper of the District of Massachusetts granted final approval to a $72.5 million class settlement for direct purchasers of brand and generic Solodyn. HBSS was co-lead class counsel in this case alleging Medicis entered into a series of reverse payment deals to delay entry of generic Solodyn and used the period of delay to effectuate a product hop, all resulting in overcharges by direct purchasers. The case settled three days before trial.

*In re Solodyn Antitrust Litigation, D. Mass., MDL No. 2503*

› $73 Million Recovery for Direct Purchasers of Skelaxin

On Sept. 24, 2014, Judge Curtis Collier of the Eastern District of Tennessee approved a $73 million settlement for direct purchasers of Skelaxin in litigation alleging Skelaxin's manufacturer colluded with would-be generic competitors, fraudulently delaying generic competition and leading to higher prices. Metaxalone was sold under the brand name Skelaxin since 1962, but the original patent expired in 1979. Manufacturers applied to market generic metaxalone in 2002, and generic competitors remained foreclosed from marketing generic metaxalone until 2010. Hagens Berman served as lead counsel for direct purchasers.

*In re Skelaxin (Metaxalone) Antitrust Litigation*, E.D.TN., Civil Action No. 1:12-md-2343.

› Health care coverage for 40,000 legal immigrants in Massachusetts

On Jan. 5, 2012, the Massachusetts Supreme Judicial Court ruled unanimously that a state law barring 40,000 low-income legal immigrants from the state's universal health care program unconstitutionally violates those immigrants' rights to equal protection under the law and must be struck down. Hagens Berman served as pro bono counsel.

*Finch v. Commonwealth Health Insurance Connector Authority*, Mass., Civil Action No. SJC-11025.

› $25 million for the state of Connecticut for Zyprexa fraud

On Oct. 5, 2009, U.S. District Court Judge Jack B. Weinstein approved a $25 million settlement reached by the parties to conclude the state's Zyprexa litigation that alleged Lilly engaged in unlawful off-label promotion and misrepresented Zyprexa's safety and efficacy, resulting in millions of dollars in excess pharmaceutical costs. Hagens Berman served as outside counsel to Attorney General Richard Blumenthal.

*State of Connecticut v. Eli Lilly & Co.*, E.D.N.Y., Civil Action No. 08-cv-955-JBW.

## PUBLICATIONS

› "How Mandatory Arbitration Agreements and Class Action Waivers Undermine Consumer Rights and Why We Need Congress to Act," Harvard Law and Policy Review, August 2015

## PERSONAL INSIGHT

Unlike many of her colleagues at HBSS, Lauren does not run marathons – unless chasing after her three children counts. Lauren did wrestle in college but refused to don the wrestling singlet. Whenever she can, Lauren rock climbs with her in-laws, breathes deeply at yoga, and hosts dinner parties to, despite usual advice, try totally new recipes. She also keeps the pizza delivery guy on speed dial as back-up for such occasions.

# EXHIBIT C

**TADLER LAW LLP**                                                      NEW YORK | SAN FRANCISCO

Tadler Law LLP is a woman-owned litigation boutique law firm that represents consumers, investors, and businesses in complex and class action litigation nationwide. The firm's lawyers are regularly recognized as leaders in the plaintiffs' bar by the National Law Journal, Legal 500, Chambers USA, and Super Lawyers, among other ranking organizations. Partners Ariana J. Tadler and A.J. de Bartolomeo were just recently recognized as Top Lawyers in America in the 2020 U.S. News & World Report Best Lawyers list.

## LEADERS IN COMPLEX AND CLASS ACTION LITIGATION

**Consumer Litigation:** Our lawyers have long been leaders in protecting consumers from fraudulent and deceptive practices. Among other types of cases, our lawyers have led class actions challenging the use of "natural" labeling on food products made from bioengineered crops (GMOs). *E.g.*, *In re Conagra Foods, Inc* No. 11-05379 (C.D. Cal.) (Class counsel; multi-state class certified; class certification affirmed by Ninth Circuit; petition for *writ of certiorari* denied by U.S. Supreme Court; settlement pending final approval); *Frito-Lay North America, Inc. "All Natural" Litigation,* No. 12-MD-02413 (E.D.N.Y) (settled); *In re General Mills, Inc. Kix Cereal Litigation*, Case No. 2:12-cv-00249 (KM)(JBC)(D.N.J.) (Court-appointed Interim Co-Lead Class Counsel; case currently stayed).

Other representative consumer matters include: *In re Apple, Inc. Device Performance Litigation*, 5:18-MD-02827-EJD (N.D. Cal.) (class action alleging Apple throttled the performance of certain devices, including iPhones, with degraded batteries; Ms. Tadler is a member of the court-appointed Plaintiffs' Executive Committee ("PEC") and Melissa Ryan Clark is a key member of the Offensive Discovery Team); *Correa v. Sensa Products, LLC.*, No. BC476808 (Cal. Super. Court, Los Angeles Cty.) ($9 million settlement; alleging that the defendant, manufacturer of a weight-loss product, lacked a sufficient scientific basis for certain of its marketing claims).

**Data Breach and Privacy Litigation:** Our lawyers have extended the breadth of their respective practices on behalf of consumers and made their mark litigating class actions alleging massive data breaches and other violations of consumers' personal and data privacy. Our attorneys have spearheaded numerous highly technical cases and have successfully advanced novel legal theories to protect consumers from ever-evolving cybersecurity and data privacy threats. Representative matters include *In Re: Marriott International, Inc. Custom Data Security Breach Litigation*, MDL Case No. 19-md-2879 (D. Md.) (Plaintiffs' Steering Committee ("PSC")); *Adkins, et al. v. Facebook, Inc.*, No. C 18-05982 (N.D. Cal.) (Interim Class Counsel); *In re Equifax, Inc. Customer Data Breach Litigation*, 17-md-02800 (N.D. Ga.) (PSC); *In re Yahoo! Inc. Customer Data Security Breach Litigation*, No. 5:16-MD-02752 (N.D. Cal.) (PEC; $117.5 million settlement pending court approval; Order Granting Preliminary Approval of Settlement issued July 20, 2019); *In re Target Corporation Customer Data Security Breach Litig.*, No. 14-md-2522 (D. Minn.) (PSC; $10 million settlement); *Torres, et al. v. Wendy's International, LLC*, 16-cv-00210 (M.D. Fla.) (class counsel; $3.4 million settlement); *Fero v. Excellus Health Plan*, No. 6:16-cv-06569 (W.D.N.Y.) (special discovery counsel to lead counsel); *In re Anthem, Inc. Data Breach*, No. 15-MD-02617 (N.D. Cal.) (plaintiffs' counsel; settlement created a $115 million non-reversionary cash fund, delivered more than $500 million in value to the class, and required extensive injunctive relief to prevent a future breach); *In re Premera Blue Cross Customer Data Breach Litig.*, No. 3:15-md-2633-SI (D. Or.)

(plaintiffs' counsel); *Carandang v. Google, Inc.* CGC-12-518415 (Cal. Super., San Francisco Cty.) (plaintiff's counsel; reached confidential resolution); *Ung, et al. v. Facebook, Inc.,* 1-12-CV-217244 (Cal. Super., Santa Clara Cty.) (former plaintiff's counsel; case pending).

**Equal Pay Litigation:** Tadler Law is currently representing United States Women's National Soccer Team ("WNT") former goalkeeper Hope Solo in her gender-based employment discrimination lawsuit against the United States Soccer Federation ("the Federation"). *Solo v. United States Soccer Federation*, No. 3:18-cv-05215-DMR (N.D.Cal.). Partner A.J. de Bartolomeo recently joined Solo's legal team to allege that significant pay disparities exist between the U.S. Men's National Soccer Team ("MNT") and the WNT. According to the suit, contrary to the assertions of the Federation, there are no legitimate, non-discriminatory reasons for this gross disparity of wages, nor can it be explained away by any bona fide seniority, merit or incentive system, or any other factor other than sex. Together with co-counsel, Tadler Law has worked diligently to expose these unsustainable defenses, highlighting the fact that the Federation in Fiscal Year 2017 projected a net profit from the WNT of approximately $5 million, while projecting a net loss of nearly $1 million for the MNT. Despite this and other clear indicators of success, the Federation refuses to compensate the WNT players at the same rate or better than that which it pays the MNT players. This is an inexcusable violation of the Equal Pay Act and Title VII.

Across many industries, evidence has shown that men tend to have higher wages than female workers for the same work. As a result, women's economic security is endangered, most severely for women of color, disabled women, elderly women, and women who face barriers to education. A women-owned complex and class action litigation boutique, Tadler Law lawyers understand the importance of wage equity, and they hold employers accountable for pay discrimination, whether it is on behalf of a public figure, or private individuals, through counseling, negotiating terms of compensation, and, if necessary, through litigation.

**E-Discovery**: Ariana J. Tadler pioneered the development of an e-Discovery Practice Group at a plaintiffs' firm while at Milberg LLP. She assembled and trained a dedicated team to meet the e-Discovery demands of complex litigation and developed some of the most exceptional e-Discovery capabilities among U.S. law firms. Established more than 15 years ago, that e-Discovery practice grew extensively and today, Tadler Law offers clients the ability to go toe-to-toe with adversaries in the fast-evolving e-Discovery climate. This multidisciplinary group offers clients a full array of counsel services relating to discovery strategy, data preservation, data collection and storage, sophisticated data search and analysis, production, and computer forensic investigation, as well as training on e-Discovery issues, including application of the latest amendments to the Federal Rules of Civil Procedure, local rules, and state law. All Tadler Law lawyers are trained and experienced in the field of e-Discovery and are regularly called on by attorneys and courts to oversee complex discovery in high-stakes litigation. *E.g., In Re: Marriott International, Inc. Custom Data Security Breach Litigation*, MDL Case No. 19-md-2879 (D. Md.) (appointed to PSC and lead offensive discovery); *Adkins, et al. v. Facebook, Inc.*, No. C 18-05982 (N.D. Cal.) (Interim Class Counsel and lead discovery); *In re Apple, Inc. Device Performance Litigation*, 5:18-MD-02827-EJD (N.D. Cal.) (appointed to PEC and responsible for ESI and offensive discovery); *In re Equifax, Inc. Customer Data Breach Litigation*, 17-md-02800 (N.D. Ga.) (appointed to PSC and responsible for leading offensive discovery); *In re Yahoo! Inc. Customer Data Security Breach Litigation*, No. 5:16-MD-02752 (N.D. Cal.) (appointed to PEC and responsible for leading discovery); *In re Target Corporation Customer Data Security Breach Litig.*, No. 14-md-2522 (D. Minn.) (appointed to the PEC and charged with leading discovery); *Fero v. Excellus Health Plan*, No. 6:16-cv-06569 (W.D.N.Y.) (special discovery counsel to lead counsel).

# THE TADLER LAW TEAM

**ARIANA J. TADLER** has extensive experience litigating and managing complex securities and consumer class actions, including high profile, fast-paced cases and data breach litigations. After more than 20 years working at Milberg LLP and then Milberg Tadler Phillips Grossman LLP, Ms. Tadler and her core team established Tadler Law LLP, a complex and class action litigation boutique firm.

Ms. Tadler is recognized as one of the nation's preeminent leading authorities on electronic discovery and pioneered the establishment of an e-Discovery Practice group within a plaintiffs' firm structure. Ms. Tadler is regularly invited to speak on a variety of litigation and discovery-related topics and has authored numerous articles and developed and promoted best practice tips and tools, including *The Jumpstart Outline*, now in its third edition, published by The Sedona Conference®.

Ms. Tadler and her team have actively litigated numerous highly publicized data breach litigations. Ms. Tadler was recently appointed to serve on the PSC in the multidistrict litigation in *In Re: Marriott International, Inc. Custom Data Security Breach Litigation,* MDL Case No. 19-md-2879 (D. Md.); and as interim class counsel in *Adkins, et al. v. Facebook, Inc.,* No. C 18-05982 (N.D. Cal.). Other representative matters include *In re Equifax, Inc. Customer Data Breach Litigation*, 17-md-02800 (N.D. Ga.) (relating to the credit bureau's data breach, which exposed the financial information of more than 145 million consumers; appointed to PSC; $380+ million settlement pending; Order Directing Notice to Class, issued July 22, 2019); *In re Yahoo! Inc. Customer Data Security Breach Litigation*, No. 5:16-MD-02752 (N.D. Cal.) (class action arising from a breach affecting approximately 194 million user accounts; appointed to PEC; $117.5 million common fund settlement pending; Order Granting Preliminary Approval, issued July 20, 2019); *In re Target Corporation Customer Data Security Breach* Litigation, No. 14-md-2522 (D. Minn.) (representing consumers in a class action alleging that Target Corp. failed to protect customers from a massive data breach during the holiday shopping season; appointed to PSC; achieved a $10 million settlement).

Ms. Tadler is also currently serving on the PEC in the multidistrict litigation *In re Apple Inc. Device Performance Litigation,* No. 5:18-md-02827-EJD (N.D. Cal.). The *Apple* litigation arises from a December 2017 admission by Apple that it had released iOS updates designed to slow down the performance of certain iPhones and iPads. The case alleges that Apple throttled the performance of these devices to conceal problems with their batteries. Ms. Tadler serves as Co-Chair of the Offensive Discovery and ESI Coordination Committee.

Ms. Tadler is currently serving as lead counsel and settlement class counsel in a number of consumer cases involving the mislabeling of products that contained GMOs as "natural," including *In re ConAgra Foods, Inc.*, No. 11-05379 (C.D. Cal.) in which a class was certified by the district court, affirmed by the Court of Appeals for the Ninth Circuit and successfully survived Defendants' petition for a writ of *certiorari* to the United States Supreme Court.

Ms. Tadler has been recognized for her ability to manage particularly large, complex, fast-paced litigations. Ms. Tadler's accomplishments include litigation of three cases in the Eastern District of Virginia (a/k/a the "Rocket Docket") in less than four years, including *In re MicroStrategy Securities Litigation*, a federal securities litigation, in

which plaintiffs' counsel negotiated settlements valued at more than $150 million. Ms. Tadler served on the PEC and as plaintiffs' liaison counsel in the *Initial Public Offering Securities Litigation* in which the court approved a $586 million cash settlement. Among the thousands of defendants in this coordinated action were 55 prominent investment banks and more than 300+ corporate issuers.

Ms. Tadler also has been retained as Special Discovery Counsel in complex litigation and class actions. She represented the government of Colombia as Special Discovery Counsel in its pursuit of claims alleging smuggling and illegal sales of alcohol by several international companies for violation of United States RICO statutes and other common law claims. The engagement encompassed identifying relevant information responsive to defendants' requests, confirming and guiding preservation practices, and interviewing and collecting data from more than 100 custodians in 23 Colombian Departments (Colombia's equivalent to our States in the U.S.). The team also reviewed and produced data in the litigation and was tasked with ensuring compliance with the various privacy laws of Colombia and the United States with regard to personal data, controlled data and the transfer of sensitive information. Lawyers from other firms faced with e-Discovery challenges seek out Ms. Tadler for her guidance and counsel.

Appointed by United States Supreme Court Chief Justice Roberts, Ms. Tadler serves on the Federal Civil Rules Advisory Committee. Additionally, she has been appointed by Committee Chair Judge John D. Bates to the subcommittee tasked with reviewing and considering potential civil rules for multidistrict litigation (MDL) cases.

Ms. Tadler has completed her service on The Sedona Conference®'s Board of Directors and, after five years as Chair, serves as Chair Emeritus of the Steering Committee for Working Group 1 on Electronic Document Retention and Production, the preeminent "think tank" on e-discovery. In addition, she serves on the Advisory Board of Georgetown University Law Center's Advanced E-discovery Institute where she educates federal judges and lawyers on e-Discovery issues and serves on the Bloomberg Law Litigation Innovation Board. Ms. Tadler also recently completed her service as Executive Director for the Board of Advisors of the Benjamin N. Cardozo School of Law's Data Law Initiative.

Ms. Tadler continues to be recognized for her litigation prowess by prominent legal industry rating organizations. Ms. Tadler's recent accolades include: repeated Band 1 (highest) recognition by Chambers and Partners' for E-Discovery; selection by Super Lawyers (2010-2019); New York Metro Super Lawyers (2010-2019); Super Lawyers "Top 100 Lawyers in New York Metro Area" (2015-2019); Super Lawyers "Top 50 Women Lawyers in New York Metro Area" (2015-2019); Who's Who Legal Litigation: Leading Practitioner-E-Discovery (2017); Who's Who Legal Litigation (2015-2018); Top 50: 2014 Women New York; and AV® Preeminent rating from Martindale Hubbell. The Legal 500 2016 rankings stated: "'Consummate professional' Ariana Tadler, who leads the E-Discovery unit [then at her former firm], is 'exceptional, clear and forceful, a giant in her field' … 'able to navigate technical discovery issues at a very high level.'"

Ms. Tadler is a member of several legal industry associations, including: American Bar Association; American Bar Foundation (Fellow); American Association for Justice; Federal Bar Council; New York State Bar Association; National Association of Women Lawyers; New York Women's Bar Association; and The New York Inn of Court. Ms. Tadler is a fellow of the Litigation Counsel of America, an invitation-only trial lawyer honorary society that recognizes the country's top attorneys. She is also involved in various community and not-for-profit organizations

and currently serves on the board of Mobilization for Justice.

Ms. Tadler commits countless hours to mentoring others in their educational and professional pursuits. She is particularly focused on fostering education and career opportunities for women and underprivileged youth.

Ms. Tadler is also a Principal in Meta-e Discovery LLC, a data hosting, management and consulting company, which is the result of the 2015 spin-off of Milberg LLP's prior Litigation Support and Data Hosting services division that Ms. Tadler spearheaded.

Ms. Tadler graduated from Hamilton College in 1989 and received her J.D. from Fordham University School of Law in 1992.

**A.J. DE BARTOLOMEO** has nearly 30 years of experience prosecuting class actions and complex matters in courts throughout the United States. She has served in court-appointed leadership roles in numerous MDL mass tort and class action lawsuits.

Ms. de Bartolomeo served on the PSCs for *In re Yaz and Yasmin Birth Control Litigation*, *In re Actos Products Liability Litigation*, and *In re Pradaxa Products Liability Litigation*. Ms. de Bartolomeo has also served on Law and Briefing committees and has been involved with Daubert briefings in a number of cases, including *Yaz*, *Actos* and *Pradaxa*. She previously served on the PSC for *In re Transvaginal Mesh Litigation*. She also served as Co-Lead Counsel representing over 300 individuals (including minors) who used the Fitbit Force™ Wireless Activity + Sleep Wristband and suffered personal injuries and permanent scarring, achieving a 2017 settlement in aggregate matrix formula for a confidential amount.

In class action matters, she received Co-Lead position appointments in *In re Literary Works in Electronic Database Copyright Litigation*, MDL No. 1379 (S.D.N.Y.), *In re*

*Motors Liquidation Company, et al., f/k/a General Motors Corp., et al.* (Bankruptcy Litigation) (S.D.N.Y.), *In re American Express Financial Advisors Securities Litigation* (S.D.N.Y.), and *CalSTRS v. Qwest Communications, et al.* (N.D. Cal.). She was appointed lead counsel in *Powers v. Cable & Wireless, Inc.* (D. Mass and then settled in Delaware Bankruptcy Court.) and *Telstar v. MCI, Inc.*, achieving a settlement of more than $2.8 million in cash on behalf of class of commercial subscribers alleging FCA violations for unfair billing practices. Ms. de Bartolomeo currently serves on the Plaintiffs' Steering Committee in *In Re Avandia Marketing, Sales Practices and Products Liability Litigation*, MDL 1871.

Ms. de Bartolomeo is in the forefront of advancing opportunities for women in the law. A former Chair of the Women's Trial Lawyer Caucus of the American Association of Justice, she oversaw the caucus's work in leadership training, student scholarship, membership, and political outreach.

Ms. de Bartolomeo received an AV-Preeminent rating by Martindale Hubbell and has been recognized by her peers as a Northern California Super Lawyer every year since 2013.

Other awards and recognition include the Above and Beyond Award, American Association for Justice, 2018; Top 50 Women Lawyers in Northern California, 2017; Distinguished Service Award, American Association for Justice, 2016; and Top Women Attorneys in Northern California for 2014.

A frequent guest speaker and conference presenter, Ms. de Bartolomeo has addressed subjects of ethical procedures for client and case management, best settlement practices and procedures in complex litigation, pharmaceutical fraud, Daubert challenges, Fed. R. Civ. Pro. 37(e), corporate litigation risk management and compliance procedures, and class action notice and settlement administration.

Past and present memberships and directorships include Member, American Bar Association; Member of ABA Sections on Litigation, and on Antitrust Law and Tort and Insurance Practice; Member, American Association for Justice; Member of the AAJ Executive Committee (2016-Present); Board of Governor (2016-Present); Executive Committee Member for Women's Trial Lawyer Caucus (2016-Present); Chair of Women's Trial Lawyer Caucus (2015-2016); Former Member, National Association of Public Pension Attorneys, Task Force on Securities Litigation and Damage Calculation; Former Member, American Bankruptcy Institute.

**MELISSA RYAN CLARK** has spent more than a decade litigating complex and class action privacy, financial, and consumer cases.

She has a broad range of class action experience, having represented consumers in data privacy, data breach, and consumer fraud cases against data and tech giants like Facebook, Inc., Google, Apple, Inc., Equifax Inc., and RCN Corp., as well as corporations in other industries, such as Wendy's International, LLC. Ms. Clark also has a strong background in securities fraud litigation and has represented investors in class actions against publicly traded companies like ARIAD Pharmaceuticals, Inc. and Virgin Mobile USA.

Previously, Ms. Clark worked at a boutique firm in New York, where she was part of a securities litigation team that recovered several multimillion-dollar settlements on behalf of investors. Her legal work experience also includes judicial externships with the Honorable Jerry Brown, Chief Judge of the United States Bankruptcy Court, Eastern District of Louisiana and the Honorable Jay C. Zainey of the United States District Court, Eastern District of Louisiana, as well as a clerkship for the San Francisco District Attorney's Office.

In addition to her legal work, Ms. Clark has experience teaching legal research, writing, and management communication skills as a Senior Fellow at Tulane Law School and an Adjunct Writing Instructor at Tulane University's Freeman School of Business.

She is an active member of the New York State Bar Association, where she serves on the Law, Youth & Citizenship Committee and Mock Trial subcommittee, and the American Bar Association, where she serves on the Professional Liability Committee as co-editor of the newsletter.

Ms. Clark received her B.S. from Florida State University in 2004 and her J.D. from Tulane University in 2007. She also attended UC Berkeley-Boalt Hall for a semester, where she received high honors in Securities & Class Action Litigation and was a member of the *California Law Review*.

Ms. Clark has been recognized as a New York Super Lawyers "Rising Star" each year since 2011 and was named to the Benchmark Litigation 40 & Under Hot List in 2018.

**BRIAN R. MORRISON** is Senior Counsel with Tadler Law LLP. Brian focuses on prosecuting class actions and other complex litigation on behalf of consumers and small businesses. He has a strong working knowledge of consumer and product liability laws across various jurisdictions and industries, and he is well versed in handling class certification issues and the creation and administration of multidistrict litigation.

Before joining Tadler Law, Brian worked at several nationally recognized law firms, including one of the nation's leading class action and litigation firms. He has worked on some of the largest antitrust and consumer protection class actions in recent history, including the Takata airbag multidistrict litigation, the generic pharmaceutical pricing antitrust litigation, and several billion-dollar financial fraud matters. Additionally, he has consulted closely with state attorneys general and local governments to investigate potential recoveries as part of the opioid epidemic.

Brian previously served as a judicial law clerk for the Honorable Jaynee LaVecchia of the Supreme Court of New Jersey, where he worked on a variety of novel and complex legal issues. He also founded and co-chaired the Young Lawyers Division of the Association of the Federal Bar of New Jersey and served as a founding member of the New Jersey Law Journal Young Lawyers Advisory Board. Brian has worked vigorously to expand pro bono opportunities at his previous firms, serving as a member of his firm's pro bono committees.

Brian earned a J.D., *magna cum laud*e, from Rutgers Law School and a B.A. in Business Administration with a concentration in Finance from Georgetown University. While in law school, he was a Notes and Comments Editor for the Rutgers Law Journal and co-founded the Rutgers Business Law Association. He also served as a legal intern for the Honorable Theodore McKee, U.S. Court of Appeals for the Third Circuit, the Honorable Reggie Walton, U.S. District Court for the District of Columbia, the Honorable Jack Sabatino, Superior Court of New Jersey—Appellate Division, and the Honorable Carol Higbee, Superior Court of New Jersey.

**BROOKE A. ACHUA** focuses her practice in complex civil litigation, representing both plaintiffs and defendants in class action claims, food and beverage labeling litigation, antitrust suits, contract disputes, and trade secret litigation. In this capacity, Ms. Achua has managed forensic analysis of electronic discovery in cybersecurity actions, defended small-business owners from a variety of breach of contract claims, and propelled class certification forward through her effective representation of a class of merchants in a price-fixing suit. In all areas, Ms. Achua uses her technical experience and creative problem-solving skills to arrive at legal solutions that best serve the needs of her clients.

Ms. Achua is also active in the legal community, including previously serving as an At-Large Director of the Minnesota Association of Black Lawyers and a member of the Federal bar Association Minnesota Chapter. Before joining Tadler Law, Ms. Achua solidified her commitment to serving underrepresented communities as a

Congressional Intern to Congressman Keith Ellison. Most recently, Ms. Achua volunteered her time providing pro bono assistance to low-income victims of domestic violence through the Tubman Pro Bono Safety Project.

Ms. Achua attended Mitchell Hamline School of Law in St. Paul, Minnesota on a full academic scholarship. She graduated with honors and received recognition for her dedication to pro bono work. In law school, Ms. Achua gained valuable court experience at the federal judiciary externing for the Honorable Michael J. Davis at the Minnesota U.S. District Court. Ms. Achua also served as the President of the Mitchell Hamline Black Law Student Association from September 2015 to May 2016, earning her the Judge Pamela G. Alexander Scholarship on behalf of the Minnesota Association of Black Lawyers.

# EXHIBIT D

ROBERTS LAW FIRM
ROBERTS GROUP

# MIKE ROBERTS, MANAGING PARTNER



### Practice Areas
Antitrust and Complex Litigation
Business Transactions
Insurance Coverage and Contract Law
Insurance Defense and General Liability
International Business Law and Litigation
Utility Law
Workers Compensation and Administrative Law

### Education
University of Arkansas Bowen School of Law, J.D.

### Admissions
1990, Arkansas
1993, U.S. District Court, Eastern District of Arkansas
2003, U.S. Court of Appeals, Eighth Circuit
2006, Tennessee
2006, Texas
2006, U.S. Supreme Court
2008, Florida
2010, New York
2011, Eastern District of Wisconsin
2019, Illinois

### Publications
Co-Author, *Arkansas Workers' Compensation Law Manual Legislation and Commentary*, 1995, 1997, 1999, 2001 and 2003 editions.

### Community Involvement
Arkansas Economic Development Commissioner
Juvenile Diabetes Research Foundation, President

### Memberships
Arkansas Bar Association
- Secretary, Workers' Compensation Section, 1996 – 1997
- Chair-Elect, Workers' Compensation Section, 1997 – 1998

Mike Roberts is the Chairman & CEO of Roberts Group, which encompasses Roberts Law Firm, P.A; Roberts International, LLC; Roberts Government Relations Strategies, LLC; and Made in USA Works! LLC. He primarily works in areas of international economic and business development, law, government relations, and consulting.

Roberts Law Firm is a Certified Minority Business Enterprise in Arkansas with three divisions: Corporate, Intellectual Property, and Complex Class Litigation. Mr. Roberts, owner and manager of the firm, is a

certified minority. The firm is a member of  NAMWOLF (The National Association of Minority and Women Owned Law Firms, Inc.) and is also a member of the National Minority Supplier Development Council, Inc. Practice areas predominately involve complex class action litigation representing corporate clients against wrongful or illegal conduct. Roberts Law Firm provides legal services to a number of top Fortune 500 companies and represents OEM companies in Vietnam, Taiwan and China as well as companies in Europe, Central Asia, and the Middle East.

Mr. Roberts is licensed in Arkansas, Florida, Tennessee, Texas, and New York. He is also admitted before the United States Supreme Court and several U.S. Federal District Courts. His firm handles litigation for clients across the United States and around the globe. Clients include corporations from Abu Dhabi, Dubai, Greece, England, Taiwan, China, and the United States. The firm has served as counsel for Plaintiff-Corporations in individual and class action cases, and has successfully assisted recovery of hundreds of millions of dollars for its clients.

Mr. Roberts has served as co-lead counsel in multiple complex class actions, including the following: *In re Microsoft Antitrust Indirect Purchaser Litigation* in Arkansas (case settled early); *In re Pilot Flying J Rebate Litigation* (a nationwide class action which settled within two months from initially filed complaint); *In re Aftermarket Automotive Sheet Metal Antitrust Litigation*(third party payor action); and *In re Parking Heaters Antitrust Litigation* (direct purchaser action). Mr. Roberts served as Co-Lead Settlement Class Counsel in *Ori vs. Fifth Third Bank* case and also served on the Plaintiffs' Steering Committee in the *Heartland Bank* data breach case.

Eight years ago, Arkansas Governor Mike Beebe appointed Mr. Roberts to serve on the Arkansas Economic Development Commission. In 2010, Governor Beebe appointed him to a second term, and in 2015, Governor Asa Hutchinson appointed him to a third term. Mr. Roberts currently serves as Vice Chairman of the Commission.  Mr. Roberts has organized and led a number of trade missions to China, Taiwan, UAE, Vietnam, Bulgaria, Kazakhstan, and Panama. In addition, he works frequently with the Governor to guide foreign companies in establishing strategic relationships that will facilitate access to the American supply chain hub. As an Economic Development Commissioner, Mr. Roberts understands the importance of maintaining the integrity and reputation of local companies who drive and draw economic development and job creation.

Mr. Roberts has long-standing relationships throughout Asia and has traveled there extensively. He established the Roberts Law Firm Asia office in 2013. Mr. Roberts previously represented the government of Pakistan and has worked with corporate clients in Cuba, China, Taiwan, Libya, Europe, Pakistan, Vietnam, United Arab Emirates, Bulgaria, and Greece. He has three decades of experience practicing law where he has represented Fortune 500 companies in the United States, Asia, Europe, and the Middle East. He has an extensive background and experience in assisting companies expand into global markets, and has facilitated a bilateral trade MOU between Vietnam and the U.S.



# FIRM RESUME

Complex Litigation

20 Rahling Circle, Little Rock, AR 72223
Phone: (501) 821-5575
http://robertsgroup.us/

ROBERTS LAW FIRM
ROBERTS GROUP

# FIRM OVERVIEW

Founded in 1990, Roberts Law Firm, P.A. is a full-service law firm with a worldwide client base, integrating business law with a world vision. We utilize our team of highly experienced and reputable attorneys to deliver cost-effective client-focused representation on a variety of legal issues including, but not limited to antitrust litigation, data breach litigation,  intellectual property law, business based litigation, immigration, real estate, and general corporate law.

Our firm was founded on the principle that business and individual clients deserve powerful, sophisticated representation, where client priorities are paramount, and winning strategies flourish. This mission guides our firm in every client interaction, from domestic corporate clients to those in Eastern Europe, the Middle East, and the Far East.  Our full service law firm is headquartered in Little Rock, Arkansas, with presence in Boston, Massachusetts, Bentonville, Arkansas, Washington, D.C., and Taipei, Taiwan.

Our firm boasts energetic, highly credentialed attorneys dedicated to exceeding client expectations. Efficiency is valued. Exhaustive analysis is the norm. Disciplined case management is the prevailing philosophy.

Our firm has provided legal services to a wide variety of clients, including institutions of higher education, such as the University of Arkansas for Medical Sciences (UAMS), and other large and sophisticated clients, such as Wal-Mart Stores, Inc., Tyson Foods Corporation, AT&T Corporation, Georgia Pacific Corporation, Uni-Arab Corporation, Home Depot Stores, Federal Express Corporation, Southwest Airlines, USA Drug Stores, Inc., Walgreens, Inc., RBX Industries, ASUSTek Computer, Inc. (Taiwan), Compal Electronics, Inc., (Taiwan), AMTRAN Technology Co., Ltd (Taiwan), Foxlink International, Inc., Arkansas Capital Corporation, and Little Rock Diagnostic Clinic.

The Roberts Law Firm is a Certified Minority Business Enterprise.  Our firm is a member of the NAMWOLF (National Association of Minority and Women Owned Law Firms, Inc.) and is also a member of the National Minority Supplier Development Council, Inc.

ROBERTS LAW FIRM
ROBERTS GROUP

## COMPLEX COMMERCIAL LITIGATION

### Appointments as Co-Lead Counsel

*First Impressions Salon, Inc., et al. v. National Milk Producers Federation*, United States District Court for the Southern District of Illinois Case No. 3:13-cv-00454- NJR-SCW (ongoing class action in which Michael Roberts serves as Co-Lead Counsel for Antitrust Direct Purchaser Plaintiffs). Judge Nancy J. Rosenstengel; Magistrate Judge Stephen C. Williams.

*In re Generic Pharmaceuticals Antitrust Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 2:16-md-02724-CMR, MDL No. 2724 (ongoing class action in which Michael Roberts serves on the Court-Appointed Direct Purchaser Plaintiffs' Steering Committee). Judge Cynthia M. Rufe.

*In re Parking Heaters Antitrust Litig*ation United States District Court for the Eastern District of New York, Case No. 15-mc-940-JG-JO (Michael Roberts was appointed Co-Lead Interim Counsel for Direct Purchaser Plaintiffs; case settled). Chief Judge Dora Lizette Irizarry; Magistrate Judge James Orenstein.

*Fond Du Lac Bumper Exchange v. Jui Li Enterprise Co. Ltd*. ("AM Sheet Metal Antitrust Litigation"), United States District Court for the Eastern District of Wisconsin, Case No. 2:11 CV 00162 - LA (Michael Roberts was appointed Co-Lead Counsel for Third Party Payor Plaintiffs; case has reached partial settlement). Judge Lynn Adelman.

*National Trucking Financial Reclamation Services, LLC vs. Pilot Corporation, Pilot Travel Centers d/b/a Pilot Flying J, et al,* United States District Court for the Eastern District of Arkansas, Case No. 4:13-cv-00250-JMM. (Michael Roberts was appointed Co-Lead Counsel; Michael Roberts, Stephanie Smith and Jana Law appointed settlement class counsel; case settled in eight months for $84 million plus injunctive relief). Judge James M. Moody.

*In re Microsoft Antitrust Litigation:  Paul Peek, D.D.S., et al. v. Microsoft Corporation,* Circuit Court of Pulaski County, Arkansas, Twelfth Division, No. CV06-2612 (Michael Roberts was appointed Co-Lead Settlement Class Counsel) (case settled for $37 million). Judge Alice Gray (Pulaski County Court).

*In re Ori vs. Fifth Third Bank and Fiserv, Inc.,* United States District Court for the Eastern District of Wisconsin, Case No. 08-CV-00432-LA.  (Michael Roberts was appointed Co-Lead Settlement Class Counsel; case settled). Judge Lynn Adelman; Magistrate Judge Patricia J. Gorence.

### Other Leadership Roles

*In re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litigation,* United States District Court for the Eastern District of New York, Case No. 1:18-cv-02819-NG-LB (Michael Roberts was appointed to the Plaintiffs' Executive Committee for Direct Purchaser Plaintiffs). Judge Nina Gershon; Magistrate Judge Lois Bloom.

*In re Effexor XR Antitrust Litigation,* United States District Court for the District of New Jersey, Case No. 3:11-cv-05479-PGS-LHG (Michael Roberts was appointed Co- Chair Discovery Committee for Direct Purchaser Plaintiffs). Judge Peter G. Sheridan; Magistrate Judge Lois H. Goodman.

*Midwest Am. Fed. Credit Union v. Arby's Rest. Grp., Inc.*, United States District Court for the Northern District of Georgia, Case No. 17-cv-00514-AT (Karen Halbert serves on court appointed executive committee for financial institutions). Judge Amy Totenberg.

*Bellwether Community Credit Union v. Chipotle Mexican Grill*, United States District Court for the District of Colorado, Case No. 1:17-cv-01102. (Karen Halbert serves on court appointed executive committee for financial institutions). Judge William J. Martinez; Magistrate Judge Scott T. Varholak.

*In re Equifax, Inc., Customer Data Security Breach Litigation,* United States District Court for the Northern District of Georgia, MDL No. 2800  (Karen Halbert appointed to financial institution plaintiffs' steering committee). Judge Thomas W. Thrash, Jr.

*In re Heartland Payment Systems Inc. Customer Data Security Breach Litigation*, United States District Court for the Southern District of Texas, Case No. H-09-MD-2046 (Michael Roberts was appointed as a member of the Steering Committee; case settled). Judge Lee H. Rosenthal.

## Notable Successes

*In re Wellbutrin SR Antitrust Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 04-CV-5525  (Trial Team, Case settled - $49 million). Judge Lawrence F. Stengel; Magistrate Judge Jacob P. Hart.

*In re Lipitor Antitrust Litigation*, United States District Court for the District of New Jersey, MDL No. 2332, Case No. 3:12-cv-2389 (PGS).  Judge Peter G. Sheridan; Magistrate Judge Douglas E. Arpert.

*In re Skelaxin Antitrust Litigation*, United States District Court for the Eastern District of Tennessee, Case No. 1:12-md-02343-CLC (Case settled - $73 million). Judge Curtis L. Collier; Magistrate Judge Christopher H. Steger.

*In re U.S. DRAM Antitrust Litigation,* United States District Court for the Northern District of California*, Case No. 4:02-md-01486-PJH (settled for approximately $300 million), Judge Phyllis J. Hamilton; Magistrate Judge Joseph C. Spero; Michael Roberts represented indirect purchasers in the Arkansas class action, *Bruce K. Burton, M.D., P.A. Malvern Diagnostic Clinic, et al. v. Micron Technology, Inc., et al.* Circuit Court of Hot Spring County, Arkansas, First Division, Case No. CV-2004-226-1, Circuit Judge Lynn Williams.

*In re Augmentin Antitrust Litigation*, United States District Court for the Eastern District of Virginia, Case No. 2:04cv-23 (settled for $61 million). Judge Henry C. Morgan, Jr.; Magistrate Judge William T. Prince.

*In re Nifedipine Litigation*, United States District Court for the Eastern District of Pennsylvania, Case No. 04-CIV-0799 (RJL). *SAJ Distributors, Inc. v. Biovail Corporation*, United States District Court for the District of Columbia, Case No. 04-CIV-00799 (RJL) (settled for $40 million). Judge James Robertson.

*In re Imodium Advanced Antitrust Litigation*, United States District Court Eastern District of Pennsylvania, Case No. 02-cv-4093; *SAJ Distributors, Inc. vs. McNeil- PPC, Inc.*, United States District Court for the Eastern District of Pennsylvania, Case No. 02-6993. Judge Marvin Katz.

*In re U.S. SRAM Antitrust Litigation:* United States District Court for the Northern District of California, Case No. 4:07-md-1819 CW (settled for $25.4 million). Judge Claudia Wilken; Magistrate Judge Wayne D. Brazil.

ROBERTS LAW FIRM
ROBERTS GROUP

*Hypodermic Products Antitrust Litigation*, United States District Court for the District of New Jersey, Case No. 05-1602 (JLL/RJH), MDL No. 1730. Judge Jose L. Linares.

*In re Oxycontin Antitrust Litigation*, United States District Court for the Southern District of New York, MDL No. 1603; *SAJ Distributors, Inc. et al. v. The Purdue Pharma Co. et al.*, United States District Court for the Southern District of New York, 04-cv-1354 (settled for $25 million). Judge Sidney H. Stein.

*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, United States District Court Eastern District of New York, Case No. 05-MD- l720(JG)(JO). Margo K. Brodie; Magistrate Judge James Orenstein.