UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>GLUMETZA ANTITRUST LITIGATION.<br><br>This Document Relates to:<br><br>ALL ACTIONS. | No. C 19-05822 WHA<br>No. C 19-05831 WHA<br>No. C 19-06138 WHA<br>No. C 19-06156 WHA<br>No. C 19-06839 WHA<br>No. C 19-07843 WHA<br><br>(CONSOLIDATED)<br><br>**ORDER APPOINTING INTERIM CO-LEAD COUNSEL** |

In these consolidated antitrust cases regarding the diabetes drug Glumetza, several law firms move for appointment as interim co-lead counsel. No objections were raised at the December 5 case management conference. Adequacy of counsel being shown under Rule 23(g):

1. Shana Scarlett and Lauren Barnes and Hagens Berman Sobol Shapiro LLP, Steve Shadowen and Hilliard & Shadowen LLC, and Joseph Vanek and Sperling & Slater, P.C. are hereby **APPOINTED** interim co-lead counsel for the direct purchaser class.

2. The powers and responsibilities of counsel with respect to the direct purchaser class (Dkt. 61-3) are **APPROVED**.

3. Block & Leviton and Labaton Sucharow are hereby **APPOINTED** interim co-lead counsel for the end payor class.

4. The powers and responsibilities of counsel with respect to the end payor class (No. C 19-05831 WHA, Dkt. No. 59-1) are **APPROVED**.

5. The parties will please keep in mind the "Notice and Order Regarding Putative Class Actions and Factors to be Evaluated for Any Proposed Settlement" (Dkt. No. 39).

IT IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: December 18, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE