United States District Court
Northern District of California

1

2

3

4
UNITED STATES DISTRICT COURT

5
NORTHERN DISTRICT OF CALIFORNIA

6
EUREKA DIVISION

7

8
*In re Glumetza Antitrust Litigation*                    Case No.  19-cv-05822-WHA   (RMI)

9

10
**ORDER ON ADMINISTRATIVE MOTION TO SEAL**

11
*This document relates to all actions*            Re: Dkt. No. 288

12

13

14          Plaintiffs have moved to seal a number of exhibits to a jointly-filed discovery letter brief

15  which consist of privilege logs provided by Defendants Lupin Pharmaceuticals Inc., and Lupin

16  Ltd. (collectively, "Lupin"). *See* Admin. Mtn. to Seal (dkt. 288) at 2-3. In their own motion to

17  seal, Plaintiffs submit that they do not believe these exhibits need to be sealed at all (*see id*. at 2),

18  but have nevertheless moved to seal the entirety of each of these privilege log exhibits because

19  they were advised to do so by Lupin until such time that Lupin has "more time" to offer its

20  suggestions as to proposed redactions. *Id*. at 2.

21          Courts in this circuit begin the analysis of such issues with the proposition that there is a

22  strong presumption in favor of public access when deciding whether to seal records. *Kamakana v.*

23  *City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Ctr. for Auto Safety v. Chrysler*

24  *Grp. LLC*, 809 F.3d 1092, 1099 (9th Cir. 2016); *see also Liaw v. United Airlines*, Inc., No. C 19-

25  00396 WHA, 2019 U.S. Dist. LEXIS 204492, at *28 (N.D. Cal. Nov. 22, 2019). Furthermore,

26  Civil Local Rule 79-5(b) requires that administrative motions to file under seal be narrowly

27  tailored such that they only seek the sealing of sealable material. *See Bronson v. Samsung Elecs.*

28  *Am., Inc.*, No. C 18-02300 WHA, 2019 U.S. Dist. LEXIS 226306, at *2-3 (N.D. Cal. May 28,

2019). Supporting declarations, therefore, may not rely on boilerplate language or vague assertions of potential harm, instead, they must explain with particularity why an entire document, or some portion thereof, constitutes sealable material under the applicable legal standard. *Bronson*, No. C 18-02300 WHA, 2019 U.S. Dist. LEXIS 226306 at \*2-3. Because Plaintiffs' motion fails to satisfy these standards, the motion is **DENIED**.

Accordingly, Plaintiffs and Lupin are herewith **ORDERED** to promptly meet and confer regarding the suitable degree of redactions which should attend these exhibits, such that Plaintiffs can refile the motion to seal forthwith, along with the appropriately redacted exhibits, in compliance with the authorities cited above.

**IT IS SO ORDERED.**

Dated: June 29, 2020

_____

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California