Daniel B. Asimow (SBN 165661)
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:  415.471.3100
Facsimile:   415.471.3400
daniel.asimow@arnoldporter.com

Laura S. Shores (appearance *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue. NW
Washington, D.C. 20001-3743
Telephone:  202.942.5000
Facsimile:   202.942.5999
laura.shores@arnoldporter.com

Saul P. Morgenstern (NDCA Bar No. 1790823)
Jennifer B. Patterson (appearance *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone:  212.836.8000
Facsimile:   212.836.8689
saul.morgenstern@arnoldporter.com
jennifer.patterson@arnoldporter.com

David R. Marriott (NDCA Bar No. 2682565)
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone:  212.474.1000
Facsimile:   212.474.3700
Email: dmarriott@cravath.com

*Counsel for Bausch Health Companies Inc.,
Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc.
and Santarus, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE GLUMETZA ANTITRUST LITIGATION | Case No. 3:19-cv-05822-WHA |
|---|---|
| This Document Relates To: All Actions | **NOTICE OF APPEARANCE OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David R. Marriott of Cravath, Swaine & Moore LLP hereby enters his appearance as additional counsel of record in this action for Bausch Health Companies Inc., Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc. and Santarus, Inc.  Mr. Marriott's contact information is a follows:

> David R. Marriott (NDCA Bar No. 2682565)
> CRAVATH, SWAINE & MOORE LLP
> 825 Eighth Avenue
> New York, New York 10019
> Telephone:  212.474.1000
> Facsimile:   212.474.3700
> Email: dmarriott@cravath.com

Dated: December 4, 2020

CRAVATH, SWAINE & MOORE LLP,

*/s/ David R. Marriott*

David R. Marriott

*Counsel for Defendants Bausch Health Companies Inc., Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc. and Santarus, Inc.*