UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

GLUMETZA ANTITRUST LITIGATION.

This Document Relates to:

ALL ACTIONS.

No. C 19-05822 WHA
No. C 19-05831 WHA
No. C 19-06138 WHA
No. C 19-06156 WHA
No. C 19-06839 WHA
No. C 19-07843 WHA

(Consolidated)

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS (WITH CONDITIONS)**

For the reasons stated on the record during the hearing, the Court hereby **PRELIMINARILY APPROVES** as fair, reasonable, and adequate to the members of the class the direct-purchaser class's settlements with defendants: (i) Bausch Health Companies Inc., Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc., and Santarus, Inc.; (ii) Assertio Therapeutics, Inc.; and (iii) Lupin Pharmaceuticals, Inc. and Lupin Ltd. This preliminary approval is subject to the Court's receipt of the revised joint notice and timetable as discussed at the hearing. Angeion Group, LLC is hereby **APPOINTED** as settlement administrator. The Huntington National Bank is hereby **APPOINTED** as escrow agent. The trial date is **VACATED** for all parties.

Defendants shall observe the Court's verbal order and inform it of the terms of any settlements reached in *Humana Inc. v. Bausch Health Companies Inc., et al.*, Alameda Superior Court, No. HG21087971.

**IT IS SO ORDERED.**

Dated: September 22, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE