UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

GLUMETZA ANTITRUST LITIGATION.

This Document Relates to:

No. C 19-05822 WHA
No. C 19-06138 WHA
No. C 19-06839 WHA

No. C 19-05822 WHA
No. C 19-05831 WHA
No. C 19-06138 WHA
No. C 19-06156 WHA
No. C 19-06839 WHA
No. C 19-07843 WHA

(Consolidated)

**ORDER APPROVING PROPOSED NOTICE AND SETTING SCHEDULE FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Upon review, the consolidated amended notice of class action settlement includes the modifications requested by the Court. Defendants shall serve any notices as required by the Class Action Fairness Act of 2005. Once the revised final approval deadlines set out below are incorporated, the notice is **APPROVED**.

| Event | Deadline |
|---|---|
| Notice disseminated to the class members by settlement administrator | **October 11, 2021** |
| Last day for class members to opt-out of settlement | **NOVEMBER 19, 2021** |
| Class counsel's motion for attorney's fees and costs | **DECEMBER 1, 2021** |
| Last day for class members to object to any or all of the proposed settlement and/or the requested attorney's fees and costs | **DECEMBER 22, 2021** |
| Motion for final approval of settlement | **January 11, 2022** |
| Final approval hearing | **January 20, 2022** |

**IT IS SO ORDERED.**

Dated: October 4, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE