UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

GLUMETZA ANTITRUST LITIGATION.

This Document Relates to:

ALL ACTIONS.

No. C 19-05822 WHA
No. C 19-05831 WHA
No. C 19-06138 WHA
No. C 19-06156 WHA
No. C 19-06839 WHA
No. C 19-07843 WHA

(Consolidated)

**ORDER RE MOTION TO SEAL ATKINSON DECLARATION**

Having considered the Administrative Motion to File Under Seal Pursuant to Civil L.R. 7-11 and 79-5 and supporting materials filed by Direct Purchaser Class Plaintiffs, the Court finds that there are compelling reasons for granting the request to file documents under seal in the formats that they have been provided to the Court.

Accordingly, the Court **GRANTS** Direct Purchaser Class Plaintiffs' motion and **ORDERS** sealed the highlighted, redacted portions of the Declaration of Michael Atkinson in support of the Motion for Final Approval of Class Action Settlements.

**IT IS SO ORDERED.**

Dated: February 8, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE