Thomas M. Sobol (admitted *pro hac vice*)
Lauren G. Barnes (admitted *pro hac vice*)
Jessica R. MacAuley (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
Tom@hbsslaw.com
Lauren@hbsslaw.com
JessicaM@hbsslaw.com

Shana E. Scarlett (SBN 217895)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Fax: (510) 725-3001
shanas@hbsslaw.com

*Co-Lead Counsel for the Direct Purchaser Class*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *IN RE GLUMETZA ANTITRUST LITIGATION* | Case No.: 3:19-cv-05822-WHA |
| This Document Relates To: *All Actions* | **NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL** |

PLEASE TAKE NOTICE that the undersigned counsel submits notice that Rochella T. Davis of Hagens Berman Sobol Shapiro LLP hereby withdraws her appearance as counsel of record for Meijer Inc., Meijer Distribution, Inc., and the direct purchaser class. Co-counsel at Hagens

Berman Sobol Shapiro LLP, Hilliard & Shadowen LLP, and Sperling & Slater PC will continue to represent the class in this matter.

Dated: 6/21/2022

Respectfully submitted,

/s/ *Lauren G. Barnes*
Lauren G. Barnes (admitted *pro hac vice*)
Thomas M. Sobol (admitted *pro hac vice*)
Jessica R. MacAuley (admitted *pro hac vice*)
Rochella T. Davis (admitted *pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
Tom@hbsslaw.com
Lauren@hbsslaw.com
JessicaM@hbsslaw.com
RochellaD@hbsslaw.com

Shana E. Scarlett (SBN 217895)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Fax: (510) 725-3001
shanas@hbsslaw.com

Steve D. Shadowen (admitted *pro hac vice*)
Richard Brunell (admitted *pro hac vice*)
Tina J. Miranda (admitted *pro hac vice*)
Matthew C. Weiner (admitted *pro hac vice*)
**HILLIARD & SHADOWEN LLP**
1135 W. 6th Street, Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowenlaw.com
rbrunell@hilliardshadowenlaw.com
tmiranda@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Joseph M. Vanek (admitted *pro hac vice*)
David P. Germaine (admitted *pro hac vice*)
Eamon P. Kelly (admitted *pro hac vice*)
Daniel Shmikler (admitted *pro hac vice*)
Alberto Rodriguez (admitted *pro hac vice*)
John P. Bjork (admitted *pro hac vice*)

Robert D. Cheifetz (admitted *pro hac vice*)
**SPERLING & SLATER**
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
jvanek@sperling-law.com
dgermaine@sperling-law.com
ekelly@sperling-law.com
dshmikler@sperling-law.com
arodriguez@sperling-law.com
jbjork@sperling-law.com
robc@sperling-law.com

*Co-Lead Counsel for Direct Purchaser Class*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 21, 2022.

Dated: June 21, 2022                    /s/ *Lauren G. Barnes*
                                        Lauren G. Barnes